UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| JESSICA STAHLMAN, et al., individually and on behalf of all others similarly situated,<br><br>       Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY, a Delaware Limited Liability Company,<br><br>       Defendant. | Case No. _____ |

## INDEX OF EXHIBITS

| Exhibit | Description |
|---|---|
| 1. | 2021 Ford Expedition brochure |
| 2. | 2021 Lincoln Navigator brochure |
| 3. | Edmunds - 2021 Ford Expedition MSRP and Invoice Prices |
| 4. | Edmunds - 2021 Lincoln Navigator MSRP and Invoice Prices |
| 5. | TheDrive - Lincoln's Factory Warranty Largely Equals Its Competitors |
| 6. | Ford Authority - 2021 Ford Expedition Order and Production Dates Revealed |
| 7. | Ford Authority - 2021 Lincoln Navigator Order and Production Dates Revealed |
| 8. | May 18, 2022 NHTSA Letter to Ford |
| 9. | May 17, 2022 Part 573 Safety Recall Report (22V-346) |
| 10. | Chronology of Defect - Noncompliance Determination |
| 11. | Ford - Testing in the Extremes - How Ford's Multiple Testing Facilities Push Vehicles to the Limit |

- 1 -