# EXHIBIT 1



2021 FORD EXPEDITION®



# BUILT FOR BIG ADVENTURES
## LIKE YOURS.

How big is big enough when it comes to maximizing your adventures? That's for you to decide — and the 2021 Ford Expedition® to provide.

Whether you choose Expedition or Expedition MAX — which is nearly a foot longer and can carry 16.9 more cu. ft. of gear[1] — these spacious vehicles are designed with you and your family in mind. From roomy interiors with seating for up to 8 in a range of durable fabrics and available leather trims, to innovative technologies and standard Ford Co-Pilot360™ that can help you navigate new roads,[2] in Expedition, every drive is big on comfort and convenience. And, with 2 EcoBoost® engines to choose from, no matter where you're headed, you'll have plenty of power to help get you there.

For years, we've put our hearts and souls into building a better big for your family and your adventures. The 2021 Ford Expedition is one of our best yet.

**LIMITED MAX.** Star White Metallic Tri-coat.[3] Available Special Edition Package.
**1.** Cargo and load capacity limited by weight and weight distribution. **2.** Driver-assist features are supplemental and do not replace the driver's attention, judgment and need to control the vehicle. It does not replace safe driving. See owner's manual for details and limitations. **3.** Additional charge.                    Vehicle imagery throughout this brochure may be computer-generated and may include available and aftermarket equipment.



# LITTLE THINGS
## MAKE A BIG DIFFERENCE.

Sometimes, it's the little things that make us feel the most empowered — like the ability to push, start and go. Thanks to the available Intelligent Access key fob, you can lock and unlock your doors simply by touching the door handle, while the push-button start gets you on your way without having to use a key. The 8" LCD touchscreen with swipe capability and standard voice-activated SYNC® 3[1] responds to your voice or touch prompts, and makes it easy to control available navigation with easy to view map details, play your music, or interact with your phone while keeping your eyes on the road and your hands on the wheel.

A quick turn of the rotary gear shift dial easily moves the 10-speed automatic transmission from Park to Reverse to Drive. And the available B&O™ Sound System with a 14-channel amplifier that pumps 1,100 watts of digitally processed sound through 12 high-performance speakers — including a subwoofer and 2 ultra-performance midrange speakers — elevates your listening enjoyment and makes every song sound like an in-person concert.

**PLATINUM.** Ebony leather-trimmed interior. Available equipment.

1. Don't drive distracted. Use voice-operated systems when possible; don't use handheld devices while driving. Some features may be locked out while the vehicle is in gear. Not all features are compatible with all phones.

# EXPAND YOUR COMFORT ZONE.

Take a seat in the available 10-way power driver's seat, settle into the available 2nd-row captain's chairs — available in either leather or ActiveX™ Seating Material — or relax in the available power-reclining PowerFold® 3rd-row seats with a 60/40 split, and you'll quickly see that Ford Expedition® is big on space and even bigger on comfort. With plenty of space for up to 8 passengers, everyone will appreciate the expansive room. And, with available 2nd-row power-folding tip-and-slide seats, you can keep a child seat secured in any section of the seat, while simply sliding it forward to allow passengers to get into the 3rd row. No matter where you find your place, in Expedition, you're sure to find your comfort zone.

**PLATINUM MAX.** Ebony leather-trimmed interior. Available equipment.



# CARGO SPACE
## TO THE MAX.

There's a lot that goes into your everyday, so you need a vehicle that can handle just about anything. Like the new 5-passenger Ford Expedition® STX. With STX, you'll always have available cargo room behind the 2nd row – without the need to fold down any seats. And, for even more space – nearly a foot more length with an additional 16.9 cu. ft.[1] to accommodate most anything you need to carry – the Expedition MAX gives you all the room you need, in all the right places. Larger rear door openings make for easier entry and exit. An available advanced cargo manager shelf helps keep things in order. And an available hands-free, foot-activated liftgate opens with a simple wave of your foot under the bumper – all while keeping your key fob in your pocket or purse. A liftgate glass that can be opened manually or with the liftgate itself makes accessing everything you're carrying easier, too.

**PLATINUM MAX.** Ebony leather-trimmed interior. Available equipment.

[1]. Cargo and load capacity limited by weight and weight distribution.



# STAY WELL-CONNECTED.

Helping you stay connected is just one of the many things the 2021 Ford Expedition® does well. Voice-activated SYNC® 3[1] puts just what you need on the tip of your tongue – or right at your fingertips – thanks to the 8" LCD touchscreen, while your smartphone lets you use Siri® or Google™ to stay connected while keeping your eyes on the road – and your hands on the wheel. Your passengers can stay connected – and entertained – thanks to FordPass™ Connect[2] with Wi-Fi hotspot capability[3] that allows you to connect up to 10 devices at once – inside the vehicle and up to 50' away. An available Dual-Headrest Rear Seat Entertainment System lets you view content from your compatible Apple®[4] or Android™[4] devices on the screen mounted on the back of each front seat. And the 15 conveniently located beverage holders give everyone a place to keep their drinks close at hand. Connectivity and convenience all in one place – that's Expedition.

**PLATINUM.** Ebony leather-trimmed interior. Available equipment.

Don't drive while distracted. Use voice-operated systems when possible; don't use handheld devices while driving. **1.** Some features may be locked out while the vehicle is in gear. Not all features are compatible with all phones. **2.** FordPass Connect, the FordPass App, and complimentary Connected Service are required for remote features (see FordPass Terms for details). Connected service and features depend on compatible AT&T network availability. Evolving technology/cellular networks/vehicle capability may limit functionality and prevent operation of connected features. Connected service excludes Wi-Fi hotspot. FordPass App, compatible with select smartphone platforms, is available via download. Message and data rates may apply. **3.** Wi-Fi hotspot includes wireless data trial that begins upon AT&T activation and expires at the end of 3 months or when 3GB of data is used, whichever comes first, but cannot extend beyond the trial subscription period for remote features. To activate, go to www.att.com/ford. **4.** Requires phone with active data service and compatible software. SYNC 3 does not control 3rd-party products while in use. 3rd parties are solely responsible for their respective functionality. **5.** Qi wireless charging may not be compatible with all mobile phones. **6.** Commands may vary by phone and AppLink software.

Recharge on the go with less stress – and no cords – thanks to the available wireless charging pad.[5]

Use your voice commands to control favorite apps on your paired smartphone or other mobile devices via available SYNC AppLink.®[6]

With the FordPass App[2] and FordPass Connect,[2] access complimentary remote features like start/stop, lock/unlock, schedule a start, locate your vehicle and vehicle status check.

# COMMAND THE ROAD WITH CONFIDENCE.

## FORD CO-PILOT360™ TECHNOLOGY

### FORD CO-PILOT360
*Standard on every 2021 Ford Expedition®*

Change lanes. See what's coming. Help avoid potential collision hazards. Our well-rounded suite of Ford Co-Pilot360 driver-assist features can help you in a variety of situations and conditions, as they can supplement your driving skills[1] and help you feel confidently in command.

- **PRE-COLLISION ASSIST WITH AUTOMATIC EMERGENCY BRAKING**
- **BLIS® (BLIND SPOT INFORMATION SYSTEM) WITH CROSS-TRAFFIC ALERT**[2]
- **LANE-KEEPING SYSTEM**
- **AUTO HIGH-BEAM HEADLAMPS**
- **REAR VIEW CAMERA**

### FORD CO-PILOT360 ASSIST
*Standard on King Ranch® and Platinum; Optional on Limited; Available on XLT*

Keep your pace. Help avoid backups. And stay confidently on course thanks to a little guidance from these high-tech features in Expedition.

- **ADAPTIVE CRUISE CONTROL (ACC) WITH STOP-AND-GO**
- **VOICE-ACTIVATED TOUCHSCREEN NAVIGATION SYSTEM**

### AVAILABLE TECHNOLOGY

Find the perfect parking spot to fit your vehicle. Get a clear picture of your surroundings. And know that Expedition can offer a little help when you need it most.

- **ENHANCED ACTIVE PARK ASSIST**
  *Standard on King Ranch and Platinum; Available on Limited*

- **HILL START ASSIST**
  *Standard on every 2021 Expedition*

- **360-DEGREE CAMERA**
  *Standard on King Ranch and Platinum; Available on XLT and Limited*

- **PRO TRAILER BACKUP ASSIST™**
  *Available on every 2021 Expedition*

- **FORWARD SENSING SYSTEM**
  *Standard on Limited, King Ranch and Platinum*

**PLATINUM.** Star White Metallic Tri-coat.[3] Available equipment.

**1.** Driver-assist features are supplemental and do not replace the driver's attention, judgment and need to control the vehicle. It does not replace safe driving. See owner's manual for details and limitations. **2.** BLIS replaces standard integrated blind spot mirrors. **3.** Additional charge.

# THE POWER TO MOVE YOU
## AND THEN SOME.



The 2021 Ford Expedition® doesn't just get you there, it gets you here, there and virtually everywhere you want to go thanks to the power of its EcoBoost® engine and up to 400 horsepower[1] and 480 lb.-ft. of torque.[1] A 10-speed automatic transmission with SelectShift® capability helps maximize power, while the available Terrain Management System™ allows you to choose from 7 preset drive modes – easily selected with a simple turn of a dial – to help optimize driving dynamics to the road conditions. Choose Expedition MAX with a 27.8-gallon fuel capacity, and you'll see how getting places in Expedition just got easier.

**PLATINUM MAX.** Star White Metallic Tri-coat.[2] Available equipment.
**1.** Horsepower and torque ratings based on premium fuel per SAE J1349® standard. Your results may vary. **2.** Additional charge.

### 3.5L ECOBOOST V6
With 375 max. horsepower[1] and 470 max. lb.-ft. of torque,[1] this twin-turbocharged, port- and direct-fuel-injected engine delivers big acceleration. The wide 7.4:1 gear ratio span of the 10-speed transmission helps smooth out gear shifts and delivers consistent engine power for a great drive every time.

### 3.5L ECOBOOST V6 PLATINUM SERIES
Fitting of the Platinum name, this enhanced version of the 3.5L EcoBoost boasts increased horsepower and torque – 400 max. horsepower[1] and 480 max. lb.-ft. of torque[1] for an exhilarating ride.

**NORMAL**
You'll probably spend the most time here. Ideal for everyday driving on wet or dry paved roads. A balance of excitement and convenience.

**SPORT**
Increases throttle response, provides quicker shifts for a more aggressive feel, and allows the transmission to hold shifts longer to help Expedition accelerate faster when shifting. For sportier on-road driving.

**ECO**
Exactly as it sounds. Eco helps maximize efficiency and helps to increase driving range.

**GRASS/GRAVEL/SNOW (4WD) SNOW/WET (RWD)**
For better traction on firm surfaces that are covered with loose or slippery material like packed snow, ice, water, grass or a thin layer of gravel.

**TOW/HAUL**
Moves upshifts to higher engine speeds to reduce the transmission shift frequency when towing. It also provides engine braking in all forward gears to slow the vehicle and assist in control when descending a grade.

**SAND**
For deep gravel or soft, dry sand, this mode helps you make it through easily. Available with 4WD.

**MUD/RUT**
For better handling on muddy, rutted, soft or uneven terrain. Available with 4WD.

# BIG PULL
## FOR BIG ADVENTURES.



The 2021 Ford Expedition® was built for this. From a high-strength-steel frame and high-strength, aluminum-alloy body, to the best-in-class max. 9,300-lb.¹ towing capability, Expedition has plenty of pull for your big adventures. A 10-speed automatic transmission with SelectShift® capability allows you to manually upshift or downshift without using a clutch, and tow/haul mode with smart shift logic helps eliminate unwanted frequent gear shifting on steep uphill grades, while allowing engine braking to help maintain vehicle speed when going down a steep grade with a load in tow. An available integrated trailer brake controller senses how much force is being applied to the brake pedal in your vehicle and matches that to the trailer brakes to ensure for smooth slowing and stopping² – even when towing a heavy load.

And backing up your trailer? It's as easy as turning a knob thanks to available Ford Co-Pilot360™ Technology³ that includes Pro Trailer Backup Assist™ (PTBA). Once the system is programmed,⁴ simply rotate the PTBA knob right or left in the direction you want the trailer to go, and it automatically steers Expedition to turn the trailer the desired amount. When it comes to pulling its weight – and then some – Expedition delivers big.




**PLATINUM.** Antimatter™ Blue Metallic. Available equipment.

**1.** Class is Extended Utilities. Max. towing of 9,300 lbs. on Expedition 4x2 with Heavy-Duty Trailer Tow Package (shown). Max. towing varies based on cargo, vehicle configuration, accessories and number of passengers. **2.** Trailer brake controller verified to be compatible with electrically actuated drum brakes and certain electric-over-hydraulic brake systems. See your Ford Dealer for details. **3.** Driver-assist features are supplemental and do not replace the driver's attention, judgment and need to control the vehicle. It does not replace safe driving. See owner's manual for details and limitations. **4.** Please consult your owner's manual or Pro Trailer Backup Assist Measurement Card for information on setting up your trailer.

# STX



### OPEN SPACES
For those who want storage space without the need to fold seats down, the newly available Ford Expedition® STX delivers. With a 2nd-row, 3-passenger bench and room for up to 5, STX is both versatile and practical.

### POWER TRIP
With a 375-horsepower[1] 3.5L EcoBoost® engine, STX makes it easy to get where you need to go — with what you need to take with you. Pair that with 18" Magnetic-painted cast-aluminum wheels, and you get rugged good looks and at-the-ready power in one powerful package.

**STX.** Oxford White.



# XLT



### STRENGTH AND NUMBERS
With standard seating for 8, Ford Expedition® XLT has what it takes to take your whole crew just about anywhere. Available 2nd-row captain's chairs with durable ActiveX™ Seating Material offer a comfortable space for passengers, while a PowerFold® 3rd-row seat folds flat with the touch of a button making it easy to carry more cargo.[2] Loading cargo is easy too, thanks to the available power liftgate. And, SYNC® 3 voice-activated technology[3] with Apple CarPlay® and Android Auto™ compatibility[4] helps keep you conveniently connected virtually everywhere you go. In XLT, comfort, convenience and connectivity are a big deal.

**XLT.** Rapid Red Metallic Tinted Clearcoat.[5] Available equipment.

**1.** Horsepower ratings based on premium fuel per SAE J1349® standard. Your results may vary. **2.** Cargo and load capacity limited by weight and weight distribution. **3.** Don't drive while distracted. Use voice-operated systems when possible; don't use handheld devices while driving. Some features may be locked out while the vehicle is in gear. Not all features are compatible with all phones. **4.** Requires phone with active data service and compatible software. SYNC 3 does not control 3rd-party products while in use. 3rd parties are solely responsible for their respective functionality. **5.** Additional charge.

# BLACK ACCENT PACKAGE

*Available on XLT*



Available in sophisticated Agate Black Metallic, Ford Expedition® XLT with the Black Accent Package turns heads almost as well as it turns everyday trips into big adventures. Inside, Ebony seats in cloth or ActiveX™ Seating Material welcome passengers to the comfortable cabin, while 20" 6-spoke Gloss Black-painted aluminum wheels and Gloss Black-painted accents add style and flair to the exterior.

**XLT.** Agate Black Metallic. Black Accent Package. Available equipment.

# FX4 OFF-ROAD PACKAGES



**FX4 OFF-ROAD PACKAGE**
Available on XLT 4x4

**FX4 OFF-ROAD PACKAGE WITH 360-DEGREE CAMERA**
Available on XLT 4x4 and Limited 4x4

The minute you see the FX4 Off-Road badging, you know this vehicle delivers big on excitement and capability. And, with the available 360-Degree Camera,[1] it delivers big views, too. The 4WD with Terrain Management System™ lets you choose from 7 drive modes for various road conditions, while Control Trac® with eLSD varies power output from side-to-side to give extra traction to the wheels that need it most. Off-road tuned front and rear shocks help keep you in contact with the solid ground, and all-terrain tires deliver the traction you need, when you need it. Skid plates, chrome-plated running boards and 18" Magnetic-painted cast-aluminum wheels complete the rugged look of this package.

**XLT.** Oxford White. FX4 Off-Road Package.

Always consult the owner's manual before off-road driving, know your terrain and trail difficulty, and use appropriate safety gear. **1.** Driver-assist features are supplemental and do not replace the driver's attention, judgment and need to control the vehicle. It does not replace safe driving. See owner's manual for details and limitations.

# LIMITED



## LUXURY ON A GRAND SCALE

Everything about this vehicle was designed with you in mind. Inside, heated and ventilated leather-trimmed seats with a convenient driver's memory feature that recalls saved settings for you and another driver wrap you in comfort, while a power-tilt/-telescoping steering column and power-adjustable pedals let you fine-tune things just so. A B&O™ Sound System – acoustically tailored to Expedition – makes every note music to your ears. And bright exterior accents on the grille and power-deployable running boards that extend to help you enter and exit when the door is opened add that little something extra. In every way, Limited offers luxury on a grand scale.

**LIMITED.** Above: Magnetic Metallic. Below right: Rapid Red Metallic Tinted Clearcoat.[2] Both with available Stealth Edition.
**2.** Additional charge.





# KING RANCH



### WIDE OPEN SPACES
That's just what you envision when you see King Ranch® Ford Expedition.® Inside, Southwestern luxury meets Expedition style with rich wood accents and Del Rio leather trim on the seats, door-trim inserts, armrests, center console side rails and steering wheel. And the famous "Running W" logo pays homage to the legendary King Ranch in Kingsville, Texas as it brands all of the seat backs, floor mats and the massive 22" machined-face aluminum wheels. The King Ranch trim level is the embodiment of the freedom-loving spirit of the American West in one big, beautiful package.

**KING RANCH.** Kodiak Brown Metallic.

# PLATINUM





### LIVING LARGE
It's easy to do in Platinum. From the power of an enhanced 3.5L EcoBoost® engine that delivers 400 horsepower[1] and 480 lb.-ft. of torque,[1] to the massive 22" aluminum wheels, and power-deployable running boards, this Expedition is the real deal. Inside, comfort is maxed out, too. Luxury leather-trimmed heated and ventilated multicontour front seats with Active Motion® deliver optimal comfort to both the driver and passenger, while 1st- and 2nd-row seats boast perforated inserts and quilted bolsters. A leather-wrapped instrument panel top, wood accents and a panoramic Vista Roof® add to the allure of this vehicle, making Platinum quite a pleasing package.

**PLATINUM.** Star White Metallic Tri-coat.[2] Available equipment.

1. Horsepower and torque ratings based on premium fuel per SAE J1349® standard. Your results may vary. 2. Additional charge.

## DIMENSIONS

| Exterior (in.) | Expedition/MAX 4x2 (4x4) |
|---|---|
| Wheelbase | 122.5/131.6 |
| Length | 210.0/221.9 |
| Height – Excluding options | 76.6 (76.4)/76.4 (76.2) |
| Width – Including mirrors | 93.4 |
| Width – Mirrors folded | 83.6 |
| Minimum running ground clearance | 9.8/9.8 (9.7) |
| Overhang – Front | 38.2 |
| Overhang – Rear | 49.3/52.0 |
| Ramp breakover angle | 21.5° (21.4°)/20.3° (20.1°) |
| Angle of approach | 23.4° (23.3°)/24.0° (23.7°) |
| Angle of departure | 22.2° (21.9°)/21.5° (21.3°) |

| Interior (in.) | Expedition/MAX |
|---|---|
| **1st Row** | |
| Head room (max.) | 42.0 |
| Leg room (max.) | 43.9 |
| Shoulder room | 64.9 |
| **2nd Row** | |
| Head room | 40.0 |
| Leg room | 41.5 |
| Leg room (with seat full rearward) | 42.6 |
| Shoulder room | 64.8 |
| **3rd Row** | |
| Head room | 37.3/37.4 |
| Leg room | 36.1 |
| Leg room (with 2nd-row seat full rearward) | 40.9 |
| Shoulder room | 64.2/64.3 |

| Capacities (cu. ft.) | Expedition/MAX |
|---|---|
| Passenger volume | 171.9/172.0 |
| Cargo volume behind 1st row | 104.6/121.5 |
| Cargo volume behind 2nd row | 57.5/73.3 |
| Cargo volume behind 2nd row (with 2nd-row seat full forward) | 63.6/79.6 |
| Cargo volume behind 3rd row | 19.3/34.3 |
| Cargo volume behind 3rd row (with 3rd-row seat full upright) | 20.9/36.0 |
| Fuel tank (gal.) | 23.3/28.3 |

| Maximum Loaded Trailer Weight (lbs.)[1] | |
|---|---|
| 4x2 Class IV | 9,300/9,000 |
| 4x4 Class IV | 9,200/9,000 |

1. Requires available Heavy-Duty Trailer Tow Package. Max. towing varies based on cargo, vehicle configuration, accessories and number of passengers. 2. FordPass Connect, the FordPass App, and complimentary Connected Service are required for remote features (see FordPass Terms for details). Connected service and features depend on compatible AT&T network availability. Evolving technology/cellular networks/vehicle capability may limit functionality and prevent operation of connected features. Connected service excludes Wi-Fi hotspot. FordPass App, compatible with select smartphone platforms, is available via download. Message and data rates may apply. 3. Wi-Fi hotspot includes complimentary wireless data trial that begins upon AT&T activation and expires at the end of 3 months or when 3GB of data is used, whichever comes first, but cannot extend beyond the complimentary subscription period for remote features. To activate, go to www.att.com/ford. 4. Always wear your safety belt and secure children in the rear seat.

## STANDARD FEATURES

**MECHANICAL**
10-speed automatic transmission with SelectShift® capability
4-wheel independent suspension
Active Grille Shutters
Class IV trailer hitch receiver with 7- and 4-pin connectors
Electric power-assisted steering
Trailer Sway Control

**FORD CO-PILOT360 TECHNOLOGY**
**Ford Co-Pilot360:** Automatic High-Beam Headlamps; BLIS (Blind Spot Information System) with Cross-Traffic Alert; Lane-Keeping System; Pre-Collision Assist with Automatic Emergency Braking (AEB); and Rear View Camera with washer
Autolamp (Automatic On/Off Headlamps)
Hill Descent Control (4WD only)
Hill Start Assist

**COMFORT & CONVENIENCE**
1st-row center console with armrest and covered media bin
12V powerpoints (4)
Beverage holders (15)
Cargo Management System
Cargo protector and net
Easy Fuel® capless fuel filler
Leather-wrapped steering wheel
Overhead console with sunglass storage
Particulate air filter

Power, heated sideview mirrors with security approach lamps
Power windows with one-touch-up/-down feature for 1st row
Privacy glass on all rear windows
Push-button start
Rotary gear shift dial
Smart-charging USB ports for 2nd row (2)
Steering wheel-mounted cruise, audio and 5-way controls
Tri-zone electronic automatic temperature control

**CONNECTIVITY**
FordPass™ Connect[2] with 4G LTE Wi-Fi hotspot capability[3]
SYNC® 3 with 8" LCD capacitive touchscreen in center stack, 911 Assist,® AppLink,® Apple CarPlay® compatibility, Android Auto™ compatibility, and 2 smart-charging USB ports

**SAFETY & SECURITY**
Personal Safety System™ with dual-stage front airbags[4]
Front-seat side airbags[4]
Safety Canopy® side-curtain airbags[4] with rollover sensor
AdvanceTrac® with RSC® (Roll Stability Control™)
Individual Tire Pressure Monitoring System (excludes spare)
MyKey® technology to help encourage responsible driving
Perimeter alarm
SecuriLock® Passive Anti-Theft System
SOS Post-Crash Alert System™


1  Oxford White


2  Iconic Silver Metallic


3  Magnetic Metallic


4  Agate Black Metallic


5  Kodiak Brown Metallic


6  Antimatter™ Blue Metallic


7  Rapid Red Metallic Tinted Clearcoat[5]


8  Star White Metallic Tri-coat[5]


9  Burgundy Velvet Metallic Tinted Clearcoat[5]

**5.** Additional charge.
Colors are representative only. See your dealer for actual paint/trim options. Models shown with available equipment.

  

| STX | XLT | XLT | XLT | XLT | XLT |
|---|---|---|---|---|---|
| 18" Magnetic-Painted Aluminum | 18" Machined-Face Aluminum with Magnetic-Painted Pockets | 18" Magnetic-Painted Cast-Aluminum | 20" Polished Aluminum | 20" 6-Spoke Gloss Black-Painted Aluminum | 20" Luster Nickel-Painted Aluminum |
| Standard | Standard | Included with FX4 Off-Road Packages | Optional n/a with Black Accent Package or FX4 Off-Road Packages | Optional Included with Black Accent Package n/a with FX4 Off-Road Packages | Optional (requires 201A or 202A) n/a with Black Accent Package or FX4 Off-Road Packages |

      

| LIMITED | LIMITED | LIMITED | LIMITED | KING RANCH | PLATINUM |
|---|---|---|---|---|---|
| 20" Premium Dark Tarnish-Painted Aluminum | 20" 6-Spoke Gloss Black-Painted Aluminum | 22" Premium Black-Painted Aluminum | 22" 6-Spoke Painted Machined-Face Aluminum with Dark Tarnish-Painted Pockets | 22" 6-Spoke Painted Machined-Face Aluminum with Dark Tarnish-Painted Pockets and King Ranch "Running W" Center Cap | 22" 6-Spoke Painted Machined-Face Aluminum with Dark Tarnish-Painted Pockets |
| Standard | Optional n/a with 302A, or Stealth Edition (303A), FX4 Off-Road, Special Edition or Texas Edition Packages | Included with Stealth Edition (303A), Special Edition and Texas Edition Packages | Included with 302A | Standard | Standard |

**STX & XLT 200A** — Ebony Cloth / 1-6 STX / 1-9 XLT
**XLT 200A** — Medium Stone Cloth / 1-9
**XLT 201A & 202A** — Ebony ActiveX Seating Material / 1-9; Medium Stone ActiveX Seating Material / 1-9
**LIMITED & PLATINUM** — Ebony Leather / 1-9
**LIMITED** — Medium Stone Leather / 1-9
**KING RANCH** — Mesa/Ebony Del Rio Leather / 1-9
**PLATINUM** — Medium Soft Ceramic Leather / 3-9

**S**: STANDARD   **O**: OPTIONAL   **P**: PACKAGED

Column headers (repeated across four table blocks): STX | XLT/XLT MAX | LIMITED/LIMITED MAX | KING RANCH/KING RANCH MAX | PLATINUM/PLATINUM MAX

### POWERTRAINS

| STX | XLT/XLT MAX | LIMITED/LIMITED MAX | KING RANCH/KING RANCH MAX | PLATINUM/PLATINUM MAX | Feature |
|---|---|---|---|---|---|
| S | S | S | S | | **3.5L EcoBoost® V6 engine** with Auto Start-Stop Technology 375 max. hp @ 5,000 rpm[1] 470 max. lb.-ft. of torque @ 3,500 rpm[1] |
| | | | | S | **3.5L EcoBoost V6 Platinum Series engine** with Auto Start-Stop Technology 400 max. hp @ 5,000 rpm[1] 480 max. lb.-ft. of torque @ 3,250 rpm[1] |
| O | O/P | O/P | O | O | Control Trac® with eLSD 3.73 electronic limited-slip differential; includes 2-speed automatic 4WD with Neutral towing capability (4WD only) |
| S | S | S | S | | Rear-wheel drive (RWD) (includes 5 selectable drive modes) |
| O | O | O | O | S | 4-wheel drive (4WD) (includes 1-speed transfer case, Terrain Management System™ with 7 selectable drive modes, Hill Descent Control™ and front tow hooks; tow hooks n/a on STX) |

### MECHANICAL

| STX | XLT/XLT MAX | LIMITED/LIMITED MAX | KING RANCH/KING RANCH MAX | PLATINUM/PLATINUM MAX | Feature |
|---|---|---|---|---|---|
| | | O | O | S | Continuously controlled damping (CCD) suspension (requires 302A or 303A on Limited) |

### FORD CO-PILOT360™ TECHNOLOGY

| STX | XLT/XLT MAX | LIMITED/LIMITED MAX | KING RANCH/KING RANCH MAX | PLATINUM/PLATINUM MAX | Feature |
|---|---|---|---|---|---|
| S | S | S | S | S | **Ford Co-Pilot360:** Pre-Collision Assist with Automatic Emergency Braking (AEB); BLIS® (Blind Spot Information System) with Cross-Traffic Alert; Lane-Keeping System; Auto High-Beam Headlamps; and Rear View Camera |
| | O | S | S | S | **Ford Co-Pilot360 Assist:** Adaptive Cruise Control with Stop-and-Go; and Voice-Activated Touchscreen Navigation System with pinch-to-zoom capability (includes SiriusXM® Traffic and Travel Link® with 5-year subscription[2]); requires 202A on XLT |
| O | S | S | S | S | Reverse Sensing System |
| | O/P | S | S | | Enhanced Active Park Assist with parallel park, park out assist, and reverse perpendicular parking (optional on 301A on Limited) |
| | P | P | S | S | 360-Degree Camera with Split-View Display and front and rear washers |

### APPEARANCE

| STX | XLT/XLT MAX | LIMITED/LIMITED MAX | KING RANCH/KING RANCH MAX | PLATINUM/PLATINUM MAX | Feature |
|---|---|---|---|---|---|
| S | | | | | Chrome grille with Magnetic secondary bars; Magnetic front and rear lower bumper accents; black roof-rack side rails, sideview mirror caps and platform running boards; body-color door handles; and STX badge |
| | S | | | | Chrome grille with Magnetic secondary bars; Silver front and rear lower bumper accents; body-color sideview mirror caps; and black roof-rack side rails and platform running boards |
| | | S | | | Chrome grille with Silver secondary bars; chrome fog lamp bezels; Silver front and rear lower bumper accents; bright roof-rack side rails with black end caps; body-color sideview mirror caps; and power-deployable, Magnetic-painted running boards with polished stainless accents |
| | | | S | | Stone Gray grille mesh, front and rear lower bumper accents, roof-rack side rails, sideview mirror caps and power-deployable running boards; and King Ranch exterior badging |
| | | | | S | Chrome grille with Silver Lining mesh; Satin Aluminum front and rear lower bumper accents and sideview mirror caps; bright roof-rack side rails with bright end caps; power-deployable, body-color-painted running boards with polished stainless accents; body-color door handles with Satin Aluminum inserts; and "PLATINUM" exterior badging |
| S | S | S | | | Halogen headlamps and fog lamps |
| | P | S | S | S | LED taillamps |
| | | | S | S | LED headlamps and fog lamps |
| | | S | S | | Brushed-aluminum front door-sill scuff plates (with King Ranch logo on King Ranch) |
| | | | S | | Ziricote wood accents on center console |
| | | | | S | Real wood accents on center console |

### COMFORT & CONVENIENCE

| STX | XLT/XLT MAX | LIMITED/LIMITED MAX | KING RANCH/KING RANCH MAX | PLATINUM/PLATINUM MAX | Feature |
|---|---|---|---|---|---|
| S | S | | | | 8-way power driver seat and 2-way manual front-passenger seat |
| S | S | | | | Manual-tilt/-telescoping steering column |
| S | S/O | | | | 2nd-row 40/20/40 split-fold seats with CenterSlide® and manual recline |
| P/O | O | S | O | | 2nd-row power-folding tip-and-slide captain's chairs |
| | S | S | S | S | 60/40 split PowerFold® 3rd-row seat with power recline |
| | S | S | S | S | Auto-dimming rearview mirror |
| | S | S | S | S | Universal garage door opener |
| | P | S | S | S | 10-way power driver seat and 8-way power front-passenger seat, including power lumbar and recline |
| | P | S | S | S | 2nd-row power-folding tip-and-slide 40/20/40 split-fold seats with CenterSlide |
| | P | S | S | S | 3rd-row smart-charging USB ports (2) |
| | P | S | S | S | 8" productivity screen in instrument cluster |
| | P | S | S | S | 110V/150W AC power outlet |
| | P | S | S | S | Heated and ventilated 1st-row seats |
| | P | S | S | S | Heated steering wheel |
| | P | S | S | S | Memory feature for driver's seat, steering column and sideview mirrors |
| | P | S | S | S | Power-folding 3rd-row head restraints |
| | P | S | S | S | Power-folding sideview mirrors with integrated turn signal indicators |
| | P | S | S | S | Power-tilt/-telescoping steering column |
| | P | S | S | S | Remote Start System |
| | P | S | S | S | Wireless charging pad |
| | | S | S | S | 2nd-row heated outboard seats |
| | | S | S | S | Ambient lighting |
| | | S | S | S | Auto-dimming driver's sideview mirror |
| | | S | S | S | Hands-free, foot-activated liftgate |
| | | S | S | S | One-touch-up/-down feature for 2nd-row windows |
| | | S | S | S | Power-adjustable pedals with memory feature |
| | | S | | | Top-hide leather-wrapped steering wheel with Dark Parchment Euro stitching |
| | | S | | | Upgraded carpeted floor mats for 1st and 2nd rows |
| | O | O/P | S | S | Power, panoramic Vista Roof® (requires 201A or 202A on XLT) |
| | | | S | | Del Rio leather seating with King Ranch logo on all 3 rows |
| | | | S | | Mesa and Ebony Del Rio leather trim on steering wheel, center console side rails, door-trim inserts and armrests |
| | | | S | | Floor mats with King Ranch logo for 1st and 2nd rows |
| | | | | S | 1st-row multicontour seats with Active Motion® |
| | | | | S | Enhanced active noise control |
| | | | | S | Leather door-trim accents, instrument panel topper and center console side rails |
| | | | | S | Unique front and rear floor mats |
| | | | | S | Wollsdorf leather-wrapped steering wheel with Pecan Euro stitching |

### SAFETY & SECURITY

| STX | XLT/XLT MAX | LIMITED/LIMITED MAX | KING RANCH/KING RANCH MAX | PLATINUM/PLATINUM MAX | Feature |
|---|---|---|---|---|---|
| P | S | S | S | | 4-door Intelligent Access |
| | O | O | S | | Inflatable 2nd-row safety belts in outboard seating positions |

### CONNECTIVITY & ENTERTAINMENT

| STX | XLT/XLT MAX | LIMITED/LIMITED MAX | KING RANCH/KING RANCH MAX | PLATINUM/PLATINUM MAX | Feature |
|---|---|---|---|---|---|
| S | S | | | | AM/FM stereo with 6 speakers and MP3 capability |
| S | S | S | S | | SiriusXM with 3-month All Access trial subscription[2] |
| | | S | S | S | B&O™ Sound System with 12 speakers, and HD Radio™ Technology |

### PACKAGES

**Equipment Group 201A:** 10-way power driver seat and 8-way power front-passenger seat, including power lumbar and recline; ActiveX™ Seating Material-trimmed 1st- and 2nd-row seats; vinyl-trimmed 3rd-row seat; and SecuriCode™ invisible keypad — O (XLT)

**Equipment Group 202A:** all content of 201A + heated and ventilated 1st-row seats; power-folding tip-and-slide 40/20/40 2nd-row seats; power-folding 3rd-row head restraints; heated steering wheel; power-tilt/-telescoping steering column; memory feature for driver's seat, steering column and sideview mirrors; 4-door Intelligent Access; Remote Start System; 110V/150W AC power outlet; chrome running board accents; power-folding sideview mirrors with integrated turn signal indicators; power liftgate; Advanced Security Pack; 8" productivity screen in instrument cluster; 3rd-row smart-charging USB ports (2); and wireless charging pad — O (XLT)

**Equipment Group 301A:** power, panoramic Vista Roof — O (Limited)

**Equipment Group 302A:** all content of 301A + 22" 6-spoke painted machined-face aluminum wheels with Dark Tarnish-painted pockets; 360-Degree Camera with Split-View Display and front and rear washers; LED headlamps and fog lamps; and Enhanced Active Park Assist with parallel park, park out assist, and reverse perpendicular parking — O (Limited)

**Cargo Package:** advanced cargo manager and roof-rail crossbars (n/a with Stealth Edition Package) — O (XLT, Limited, King Ranch), S (Platinum)

**Black Accent Package:** 20" 6-spoke Gloss Black-painted aluminum wheels, Ebony seats, and Gloss Black skid plates (Agate Black Metallic exterior paint only; includes 2nd-row captain's chairs on 201A and 202A; n/a with FX4 Off-Road Packages) — O (XLT)

**FX4 Off-Road Package:** 18" Magnetic-painted cast-aluminum wheels with 275/65R18 all-terrain (A/T) OWL tires, Control Trac with eLSD (3.73 electronic limited-slip differential), off-road shocks, 2-speed automatic 4WD with Neutral towing capability, heavy-duty radiator, fuel tank underbody protection, skid plates, FX4 badging, chrome-plated running boards with angular step bars, and 1st- and 2nd-row floor liners (4x4 only; requires 200A or 201A; n/a with Black Accent Package) — O (XLT)

**FX4 Off-Road Package with 360-Degree Camera:** all content of FX4 Off-Road Package + 360-Degree Camera with Split View and front and rear washers (4x4 only; requires 202A on XLT or 301A on Limited; n/a with Black Accent Package, Special Edition Package or Texas Edition Package) — O (XLT, Limited)

**Heavy-Duty Trailer Tow Package:** heavy-duty radiator, Pro Trailer Backup Assist,™ 3.73 non-limited slip rear axle, integrated trailer brake controller, and 2-speed automatic 4WD (4x4 only) with Neutral towing capability — O (all trims)

**Convenience Package:** all content of **Heavy-Duty Trailer Tow Package** + advanced cargo manager, inflatable 2nd-row safety belts in outboard seating positions, and roof-rail crossbars (requires Stealth Edition Package) — O (XLT)

**Special Edition Package:** all content of **Cargo Package** and **Heavy-Duty Trailer Tow Package** + 22" premium Black-painted aluminum wheels (includes continuously controlled damping [CCD] suspension) (requires 302A) — O (Limited)

**Stealth Edition Package** (Equipment Group 303A): select content of 302A + 22" premium Black-painted aluminum wheels; Gloss Black exterior accents; black EXPEDITION lettering on hood; unique red interior stitching; and 1st- and 2nd-row carpeted floor mats with logo — O (Limited)

**Texas Edition Package:** all content of **Special Edition Package** + Texas Edition badging (requires 302A) — O (Limited)

### OPTIONS

| STX | XLT/XLT MAX | LIMITED/LIMITED MAX | KING RANCH/KING RANCH MAX | PLATINUM/PLATINUM MAX | Feature |
|---|---|---|---|---|---|
| O | O | O | O | O | Engine block heater |
| O | O | O | O | O | Floor liners for 1st and 2nd rows (includes standard floor mats)[3] |
| | | O | | | Floor liners for 1st and 2nd rows (deletes standard floor mats) |
| O | O | O | O | O | Reversible cargo mat |
| | O | O | O | O | Dual-Headrest Rear Seat Entertainment System[4] (requires 201A or 202A on XLT) |

---

1. Horsepower and torque ratings based on premium fuel per SAE J1349® standard. Your results may vary. **2.** Trial length and service availability may vary by model, model year or trim. All SiriusXM services require a subscription, each sold separately by SiriusXM after the trial period. Service will automatically stop at the end of your trial unless a subscription is purchased. See the SiriusXM Customer Agreement at www.siriusxm.com for complete terms. Some services and features are subject to device capabilities and location availability. All fees, content and features are subject to change. **3.** Do not place additional floor mats or any other covering on top of the original floor mats. **4.** Ford Licensed Accessory.

**FORD ACCESSORIES** | SHOP THE COMPLETE COLLECTION | **accessories.ford.com**



Platinum MAX in Rapid Red Metallic Tinted Clearcoat[1] accessorized with hood deflector, side window deflectors,[2] front and rear molded splash guards, roof crossbars[3] and roof-mounted cargo basket[2,3]



In-vehicle safe[2] | Roof crossbars[3] | Floor liners | Dash cam systems[2]



**New Vehicle Limited Warranty.** We want your Ford Expedition ownership experience to be the best it can be. Under this warranty, your new vehicle comes with 3-year/36,000-mile bumper-to-bumper coverage, 5-year/60,000-mile Powertrain Warranty coverage, 5-year/60,000-mile safety restraint coverage, and 5-year/unlimited-mile corrosion perforation (aluminum panels do not require perforation) coverage – all with no deductible. Please ask your Ford Dealer for a copy of this limited warranty.

**Ford Credit.** Get the ride you want. Whether you plan to lease or buy, Ford Credit has the option that's right for you. Ask your Ford Dealer for details or visit us online at ford.com/finance.

**Roadside Assistance.** Covers your vehicle for 5 years or 60,000 miles, so you have the security of knowing that help may be only a phone call away should you run out of fuel, lock yourself out of the vehicle or need a winch back to a paved road, a battery jump start or towing. Your Ford Dealer can provide complete details on all of these advantages.

**Ford Protect™ Extended Service Plans.** Whether you purchase or lease your Ford vehicle, insist on genuine Ford Protect extended service plans. Ford Protect has a variety of plans to give you peace-of-mind protection whether you want vehicle component or maintenance coverage. Plus, they are fully backed by Ford and honored at all Ford dealerships in the U.S., Canada and Mexico. When you visit your dealer, insist on genuine Ford Protect extended service plans.

**Ford Insure.** Insurance that lets you earn discounts for safe driving, offering a maximum discount of 40% off your auto insurance. Ford Insure works with your 2021 Expedition to gauge driving habits and calculate a discount based on how you drive. Visit www.fordinsure.com to learn more.

*American Road Services Company LLC is the licensed insurance agency offering Ford Insure and is underwritten by Nationwide Mutual Insurance Company and affiliates. Home Office: Columbus, OH. Ford Motor and Ford Credit are not insurance companies or agents. Subject to underwriting guidelines, review and approval. Details and availability varies; program criteria differ in California. Discounts do not apply to all coverage elements; actual savings vary by state, coverage selections, rating factors and policy changes.*

**Ford Original Accessories.** They're warranted for whichever provides you the greatest benefit: 24 months/unlimited mileage, or the remainder of your Bumper-to-Bumper 3-year/36,000-mile New Vehicle Limited Warranty.

**Ford Licensed Accessories (FLA)** are warranted by the accessory manufacturer's warranty. FLA are designed and developed by the accessory manufacturer and have not been designed or tested to Ford Motor Company engineering requirements. Contact your Ford Dealer for details and/or a copy of all limited warranties.

**EPA-ESTIMATED RATINGS** Actual mileage will vary.

| | Expedition | | | Expedition MAX | | |
|---|---|---|---|---|---|---|
| | CITY MPG | HWY MPG | COMB MPG | CITY MPG | HWY MPG | COMB MPG |
| RWD | 17 | 23 | 19 | 17 | 23 | 19 |
| 4WD | 17 | 22 | 19 | 16 | 21 | 18 |

**1.** Additional charge. **2.** Ford Licensed Accessory. **3.** Consult owner's manual for details on roof-rack load limits.

Ford and Oval Device, 911 Assist, Active Motion, Active Park Assist, ActiveX, AdvanceTrac, Antimatter, AppLink, BLIS, Control Trac, Easy Fuel, EcoBoost, Expedition, Ford Co-Pilot360, Ford Credit, Ford Protect, FordPass, FX4, Hill Descent Control, MyKey, Personal Safety System, PowerFold, Pro Trailer Backup Assist, Roll Stability Control, RSC, Safety Canopy, SecuriCode, SecuriLock, SelectShift, SOS Post-Crash Alert System, SYNC, Terrain Management System, Vista Roof and related marks are trademarks of Ford Motor Company.

Apple, Apple CarPlay and Siri are trademarks of Apple Inc., registered in the U.S. and other countries. BANG & OLUFSEN and B&O are registered trademarks of Bang & Olufsen Group. Licensed by Harman Becker Automotive Systems Manufacturing KFT. All rights reserved. Google, Android, Android Auto and Google Play are trademarks of Google LLC. Requires the Android Auto app on Google Play and an Android compatible smartphone running Android™ 5.0 or higher. HD Radio is a proprietary trademark of iBiquity Digital Corporation. King Ranch is a registered trademark of King Ranch, Inc. SiriusXM and all related marks and logos are trademarks of Sirius XM Radio Inc.

Comparisons based on competitive models (class is Extended Utilities), publicly available information and Ford certification data at time of release. Vehicles may be shown with optional equipment. Features may be offered only in combination with other options or subject to additional ordering requirements/limitations. Dimensions shown may vary due to optional features and/or production variability. Information is provided on an "as is" basis and could include technical, typographical or other errors. Ford makes no warranties, representations, or guarantees of any kind, express or implied, including but not limited to, accuracy, currency, or completeness, the operation of the information, materials, content, availability, and products. Ford reserves the right to change product specifications, pricing and equipment at any time without incurring obligations. Your Ford Dealer is the best source of the most up-to-date information on Ford vehicles.



ford.com/expedition



From day one, we had the future in mind. And over 117 years later, we continue that tradition of innovation with Ford Co-Pilot360,™ helping push us closer to autonomous driving, the latest generation of SYNC® to communicate untethered and our first fully electric vehicle – Ford Mustang Mach-E.®

We've always had our mind on the future. Now we're building it.

21EXDPDF                                                                                                                       ©2020 Ford Motor Company



## The FordPass™ App
Meet FordPass. The app that puts your ownership experience in the palm of your hand.

 Access complimentary remote features like start/stop, lock/unlock, schedule a start, locate vehicle and vehicle status check when your vehicle is equipped with FordPass Connect[1]

 With FordPass Rewards, earn Points to use toward complimentary maintenance[2] or accessories when you buy or lease a new Ford vehicle

 Earn 10 FordPass Rewards Points for every $1 spent on vehicle service and maintenance

 Get help on the road with 24/7 Roadside Assistance[3]



**Download the FordPass App today.**

**1.** FordPass Connect, the FordPass App, and complimentary Connected Service are required for remote features (see FordPass Terms for details). Connected service and features depend on compatible AT&T network availability. Evolving technology/cellular networks/vehicle capability may limit functionality and prevent operation of connected features. Connected service excludes Wi-Fi hotspot. FordPass App, compatible with select smartphone platforms, is available via download. Message and data rates may apply. **2.** Modem must be activated within 60 days of purchase through the FordPass App on a smartphone and remain active for at least 6 months after activation. Buyers of non-modem-equipped vehicles will also receive Points for complimentary maintenance after enrollment. Visit a participating dealer for details or go to FordPassRewards.com. **3.** Roadside assistance is included for certain owners and available to everyone for a per-service fee.