# EXHIBIT 2


2021 NAVIGATOR

Case 4:22-cv-11244-SDK-DRG   ECF No. 1-3, PageID.88   Filed 06/07/22   Page 2 of 12





### Always begin on a bright note.

Whatever adventures the day holds for you and your family, the 2021 Lincoln Navigator makes sure they start with a warm embrace. As you approach, Navigator awakens with a graceful greeting. Dynamic signature lighting flows outward beneath the headlamps, while the available illuminated Lincoln Star on the grille glows from within. Power-deployable running boards, backlit door handles and luminous welcome mats invite everyone inside. Brighten your evening journeys with available illumination for the first 2 rows of safety belt buckles. Celebrate all of life's travels together in Navigator.

Vehicle imagery throughout this brochure may be computer-generated and may include available and aftermarket equipment.






### REVITALIZE IN YOUR SANCTUARY

Every aspect of the Navigator experience is designed with your serenity in mind. Enter using the Phone As A Key[1] feature, while Navigator recalls your saved Personal Profile settings for the driver's seat and so much more. Your passenger can also enjoy available 1st-row passenger-seat memory, as you both relax into the available 30-way Perfect Position Seats with the most adjustability in the class,[2] plus Active Motion® massage functionality, and heated and ventilated settings. The available Head-Up Display[3] can be customized to help you stay informed, and it's easily seen in various light conditions. An available 360-Degree Camera lets you see a bird's-eye view of your vehicle and its surroundings on the 10" LCD color screen. Plus, you can securely stow and charge your phone on the wireless charging pad[4] inside the media bin.

### STAY INFORMED AND ENTERTAINED

SiriusXM® gives you ad-free music, plus sports, comedy, news and talk – inside your Navigator and on the go – with a 3-month All Access trial subscription.[5] With the Voice-Activated Touchscreen Navigation System, you'll also enjoy a 6-year subscription[5] to SiriusXM Traffic and Travel Link® services.

[1]Requires feature activation. Not compatible with all smartphones. [2]Class is Large Traditional Premium Utilities. [3]Don't drive while distracted. See owner's manual for details and system limitations. [4]Qi wireless charging may not be compatible with all mobile phones. [5]Trial length and service availability may vary by model, model year or trim. All SiriusXM services require a subscription, each sold separately by SiriusXM after the trial period. Service will automatically stop at the end of your trial unless a subscription is purchased. See the SiriusXM Customer Agreement at www.siriusxm.com for complete terms. Some services and features are subject to device capabilities and location availability. All fees, content and features are subject to change.




### ENGAGE WITH DYNAMIC AUDIO

The Revel® and available Revel Ultima Audio Systems deliver finely crafted sound in full. With personalized listening modes like "Stereo," "Audience" and "Onstage," you have the freedom to experience different levels of sound immersion for any journey. Outstanding, multi-dimensional sound is courtesy of advanced cabin correction tuning, QuantumLogic® Surround sound technology and Revel Waveguides. You won't just hear the level of precision and musical accuracy – you'll feel it.





**REVEL**
**14 SPEAKERS**
Standard

**REVEL ULTIMA**
**20 SPEAKERS**
Available











PAMPER YOUR PASSENGERS

From epic road trips to everyday errands, your family deserves the luxurious comfort of Navigator. Relaxing is easy with ample 2nd-row leg room, plus an available power, panoramic Vista Roof® that offers skyward views. Seat up to 7 with the heated 2nd-row PowerFold® captain's chairs, and your choice of a pass-through to the 3rd row or an available center console. To seat up to 8, select the available 2nd-row PowerFold bench seat, which also features heated outboard positions and a class-exclusive, independently sliding middle seat.

Treat your passengers to the available Lincoln Play™ Rear-Seat Entertainment System featuring 2 vibrant 10" screens. Plus, everyone can take advantage of 6 USB ports, four 12V powerpoints and a 110V/150W AC power outlet for recharging all sorts of devices.

TRAVEL WITH EASE

Simply kick your foot beneath the hands-free liftgate to access the spacious cargo area. Then, press the PowerFold 2nd- and 3rd-row seat buttons to create a flat load floor in a flash. The available Tiered Cargo Area Management System can be configured 4 ways: as a partition, a shelf or a flat load surface, or positioned to help keep items securely inside as the liftgate opens.[1]

[1] Cargo and load capacity limited by weight and weight distribution.






### JOURNEY WITH CONFIDENCE

Our extensive collection of standard and available driver-assist technologies[1] utilizes a network of sensors and sophisticated cameras to offer you support during many scenarios. These advanced features are all aimed at helping you feel confident in the 2021 Lincoln Navigator.

[1]Driver-assist features are supplemental and do not replace the driver's attention, judgment and need to control the vehicle. It does not replace safe driving. See owner's manual for details and limitations.



### STANDARD LINCOLN CO-PILOT360™

From helping you light up the night to helping you stay on course, taking the guesswork out of what's behind your vehicle and more, every Navigator driver can benefit from our Lincoln Co-Pilot360 suite of driver-assist technologies,[1] which includes:

- AUTO HIGH-BEAM HEADLAMPS
- BLIND SPOT DETECTION WITH CROSS-TRAFFIC ALERT AND TRAILER COVERAGE
- LANE-KEEPING SYSTEM
- PRE-COLLISION ASSIST WITH AUTOMATIC EMERGENCY BRAKING
- REAR VIEW CAMERA WITH WASHER



### ADDITIONAL ASSISTANCE

Who hasn't been frustrated by a traffic backup? Or by trying to find a parking space – and maneuver into it – on a busy street? These features[1] are designed to help with those moments and more:

- ENHANCED ACTIVE PARK ASSIST
- FORWARD AND REVERSE SENSING SYSTEMS
- RAIN-SENSING WINDSHIELD WIPERS

Navigator Reserve adds:

- 360-DEGREE CAMERA WITH FRONT CAMERA WASHER
- ADAPTIVE CRUISE CONTROL WITH STOP-AND-GO
- AVAILABLE HEAD-UP DISPLAY







### GLIDE EFFORTLESSLY

Imagine yourself calmly in command — at peace with your surroundings. The standard Adaptive Suspension helps take you there smoothly by isolating the vehicle from road imperfections, while enhanced sound-absorbing materials and Active Noise Control help keep road noise at bay. The result is a relaxing atmosphere conducive to quiet contemplation or pleasant conversation.

Navigator also reinforces your calm confidence with best-in-class 450 horsepower[1] and 510 lb.-ft. of torque[1] produced by its Twin-Turbocharged 3.5-liter V6 engine. The 3.5-liter is mated to a 10-speed SelectShift® automatic transmission designed to adapt in real-time, engaging the right gear at the right time to deliver the performance you seek.



Available Monochromatic Package shown at right. [1]Horsepower and torque ratings based on premium fuel per SAE J1349® standard. Your results may vary. Horsepower and torque ratings are independent attributes and may not be achieved simultaneously.

DEALER ePROCESS



ENHANCE THE WAYS YOU MAKE MEMORIES

With a best-in-class available tow rating of 8,700 lbs.,[1] Navigator makes it easy to enrich your adventures with family and friends. You'll also benefit from our Smart Trailer Tow Connector and trailer sway control[2] technologies. Plus, available Pro Trailer Backup Assist™ lets you rotate a control knob in the direction you want your trailer to go, as the system steers the vehicle to turn the trailer for you.[3] The available electronic traction assist can enhance control while towing or in inclement weather,[2] to help keep you moving. It can shift torque to the wheel with the greatest traction, for a more confident drive.

THRIVE WITH LINCOLN DRIVE MODES

Navigator puts the power to adapt to changing weather and more – right at your fingertips. Simply turn the knob to choose a Lincoln Drive Mode. The system adjusts automatically according to the mode you've selected – traction control, steering and pedal response, suspension and available 4-wheel drive (4WD) settings, even the sound of the engine. From Normal to available Slow Climb,[4] beautiful animations on the digital instrument cluster help you make your selection in elegantly intricate detail.

[1]Max. towing of 8,700 lbs. on Navigator RWD with the available Heavy-Duty Trailer Tow Package (not shown); max. towing of 8,400 lbs. on Navigator L RWD with the available Heavy-Duty Trailer Tow Package (shown). Max towing varies based on cargo, vehicle configuration, accessories and number of passengers. [2]Remember that even advanced technology cannot overcome the laws of physics. It's always possible to lose control of a vehicle due to inappropriate driver input for the conditions. [3]Driver-assist features are supplemental and do not replace the driver's attention, judgment and need to control the vehicle. It does not replace safe driving. See owner's manual for details and limitations. [4]When equipped with the available Heavy-Duty Trailer Tow Package and 4WD.



LINCOLN
SYNC® 3

### CONNECT AND COMMAND

SYNC 3 voice-activated technology[1] connects your tech with your Navigator, and puts you in control of calls, music and more with the tap of a button on your steering wheel and simple voice commands. You can also tap or swipe the stunning 10" touchscreen. To see your phone's familiar interface on the large screen, you can take advantage of compatibility with Apple CarPlay®[2] for your iPhone.® It is also compatible with Android Auto.™[2]

### IN-APP AND IN CONTROL

Navigator lets you control your vehicle from virtually anywhere with the Lincoln Way™ App.[3] You can remotely lock and unlock and even start and stop your Navigator right from your smartphone.[4] And with Vehicle Details, you can stay informed about specific aspects of your Navigator like oil level, tire pressure and more. It's an effortlessly convenient way of knowing and controlling your vehicle. That's the Lincoln Way.

### WI-FI FOR ALL

Since Navigator offers available seating for up to 8 people, a vast array of smartphones, tablets, gaming systems and computers may come along for the ride thanks to plenty of power connectivity. Lincoln Connect™[4] with 4G LTE Wi-Fi hotspot capability[5] provides a strong connection for up to 10 devices at once. So everyone can enjoy their favorites — from inside of Navigator and up to 50' away.

APPLE CARPLAY & ANDROID AUTO COMPATIBILITY  |  LINCOLN WAY APP  |  WAZE™  |  LINCOLN+ALEXA  |  4G LTE WI-FI HOTSPOT CAPABILITY

Don't drive while distracted. Use voice-operated systems when possible; don't use handheld devices while driving. [1]Some features may be locked out while the vehicle is in gear. Not all features are compatible with all phones. [2]Requires phone with active data service and compatible software. SYNC 3 does not control 3rd-party products while in use. 3rd parties are solely responsible for their respective functionality. [3]Lincoln Way App, compatible with select smartphone platforms, is available via download. Message and data rates may apply. [4]Lincoln Connect and complimentary Connected Service are required for remote features (see Lincoln Way Terms for details). Connected service and features depend on compatible AT&T network availability. Evolving technology/cellular networks/vehicle capability may limit functionality and prevent operation of connected features. Connected service excludes Wi-Fi hotspot. [5]Wi-Fi hotspot includes wireless data trial that begins upon AT&T activation and expires at the end of 3 months or when 3GB of data is used, whichever comes first, but cannot extend beyond the trial subscription period for remote features. To activate, go to www.att.com/lincoln.

## ENGINE

### Twin-Turbocharged 3.5-liter V6

with Auto Start-Stop Technology
450 hp @ 5,500 rpm[1]
510 lb.-ft. of torque @ 3,000 rpm[1]

EPA-estimated fuel economy ratings[2]

**RWD** 16 city/22 hwy/18 combined mpg
STANDARD:
NAVIGATOR/NAVIGATOR RESERVE

**4WD** 16 city/20 hwy/17 combined mpg
OPTIONAL:
NAVIGATOR/NAVIGATOR RESERVE

**RWD** 16 city/21 hwy/18 combined mpg
STANDARD: NAVIGATOR L RESERVE

**4WD** 16 city/20 hwy/17 combined mpg
OPTIONAL: NAVIGATOR L RESERVE

## NAVIGATOR/NAVIGATOR L STANDARD FEATURES

### PERFORMANCE & HANDLING
- 3.73:1 rear axle ratio
- 10-speed automatic transmission with SelectShift® capability and paddle activation
- Active Grille Shutters
- Adaptive Suspension
- Dual exhaust with chrome tips
- Electric parking brake
- Lincoln Drive Modes: Normal, Conserve, Excite, Slippery and Deep Conditions
- Side-wind stabilization
- **Trailer Tow Package:** 4-/7-pin wiring connectors, transmission oil cooler, Smart Trailer Tow Connector, and trailer sway control

### LINCOLN CO-PILOT360™
- Auto High-Beam Headlamps
- Blind Spot Detection with Cross-Traffic Alert® and Trailer Coverage
- Lane-Keeping System
  (includes Lane-Keeping Aid, Lane-Keeping Alert and Driver Alert System)
- Pre-Collision Assist with Automatic Emergency Braking (AEB) (includes Pedestrian Detection, Forward Collision Warning and Dynamic Brake Support)
- Rear View Camera with Washer

### DRIVER-ASSIST TECHNOLOGY
- Auto Hold
- Autolamp (Automatic On/Off Headlamps)
- Enhanced Active Park Assist with Park Out Assist
- Forward and Reverse Sensing Systems
- Hill Descent Control™ (4WD only)
- Rain-Sensing Windshield Wipers

### DRIVER CONTROLS
- Leather- and wood-trimmed, heated steering wheel with controls for audio and cruise
- Personal Profiles (memory settings for positions of driver's seat, sideview mirrors, power-adjustable pedals, steering column, audio, climate and displays)
- Power-tilt-telescoping steering column with memory
- Power windows with one-touch-up/-down feature
- Remote Start System
- Tri-zone electronic automatic temperature control with rear auxiliary controls and vents
- Universal garage door opener

### EXTERIOR
- Hands-free liftgate
- LED daytime running lamps, adaptive headlamps with signature lighting, and taillamps
- Power-adjustable, autofold, heated sideview mirrors with integrated LED turn signal indicators, memory, auto-dimming driver's side, and black caps
- Tow hooks integrated into front fascia (4WD only)

### LINCOLN EMBRACE
- LED-illuminated exterior door handle pockets
- Lincoln Approach Detection System
- Lincoln logo illuminated welcome mats
- Lincoln Signature Lighting

### CONNECTIVITY & ENTERTAINMENT
- Lincoln Connect™[3] with 4G LTE Wi-Fi hotspot capability[4]
- Phone As A Key[5]
- Revel® Audio System with 14 speakers; includes HD Radio™ Technology
- SiriusXM® with 3-month All Access trial subscription[6]
- SYNC® 3 Enhanced Voice Recognition Communications and Entertainment System with 10" LCD capacitive touchscreen, 911 Assist,® SYNC AppLink,® Apple CarPlay® and Android Auto™ compatibility, and 2 smart-charging USB ports
- Voice-Activated Touchscreen Navigation System with pinch-to-zoom capability, and integrated SiriusXM Traffic and Travel Link® with 6-year subscription[6]

### INTERIOR
- 1st-row center floor console with winged armrest
- 1st-row overhead console with sunglasses holder and conversation mirror
- 1st- and 2nd-row carpeted floor mats
- 2nd- and 3rd-row fast-charging USB ports (4)
- 3rd-row PowerFold® 60/40 split bench seat with power recline and remote-folding outboard head restraints
- 12" configurable LCD instrument cluster
- 12V powerpoints (4)
- 110V/150W AC power outlet
- Active Noise Control
- Ambient lighting
- Auto-dimming, frameless rearview mirror
- Illuminated front door-sill scuff plates
- LED dome and reading lights
- Wireless charging pad in 1st-row center console media bin

### SAFETY & SECURITY
- Personal Safety System™ for driver and front passenger with dual-stage front airbags,[7] safety belt pretensioners, safety belt energy-management retractors, safety belt usage sensors, driver's seat position sensor, crash severity sensor, restraint control module and Front-Passenger Sensing System
- 3-point safety belt restraints for all seating positions; height-adjustable in 1st row
- AdvanceTrac® with RSC® (Roll Stability Control™)
- Front-seat side airbags[7]
- Individual Tire Pressure Monitoring System (excludes spare)
- LATCH (Lower Anchors and Tether Anchors for Children) for all 2nd-row seating positions and 3rd-row outboard seating positions
- MyKey® technology to help encourage responsible driving
- Safety Canopy® System with 3-row side-curtain airbags,[7] roll-fold technology and rollover sensor
- SecuriCode™ invisible keypad
- SOS Post-Crash Alert System™

## TRIM SERIES

### NAVIGATOR
Includes Standard Features, plus:

- 1st-row heated and ventilated Comfort captain's chairs with 10-way power adjustability
- 2nd-row heated, low-back, PowerFold captain's chairs with pass-through to 3rd row
- Ebony power-deployable running boards
- Lincoln Soft Touch seats
- Rear-wheel drive (RWD)

#### OPTIONS
- 2nd-row 40/20/40 split-folding bench seat with PowerFold, outboard heat and recline, and sliding middle section
- 4-wheel drive (4WD)
- Adaptive Cruise Control with Stop-and-Go
- Floor liners in 1st and 2nd rows

### NAVIGATOR RESERVE/NAVIGATOR L RESERVE
Includes certain Navigator Features, plus:

- 1st- and 2nd-row premium leather-trimmed seats; 3rd-row Lincoln Soft Touch seats
- 1st-row heated and ventilated Perfect Position Seats with 24-way power adjustability including thigh extenders and head restraints
- 1st-row passenger-seat memory
- 360-Degree Camera with front camera washer
- Adaptive Cruise Control with Stop-and-Go
- Ebony power-deployable illuminated running boards
- Enhanced security
  (Passive Anti-Theft System, and intrusion and inclination sensors)
- Power, panoramic Vista Roof®

#### OPTIONS
- **Equipment Collection 201A (Embrace Plus Package):** Head-Up Display, illuminated Lincoln Star on grille, and 1st- and 2nd-row illuminated safety belt buckles
- **Equipment Collection 208A:** all contents of 201A; plus
- **Monochromatic Package:** 22" black aluminum wheels, body-color sideview mirror caps, and monochromatic grille and badging (available only with Infinite Black, Pristine White or Ceramic Pearl)
- **Cargo Convenience Package:** Tiered Cargo Management System and roof-rack crossbars
- **Heavy-Duty Trailer Tow Package:** heavy-duty radiator, Pro Trailer Backup Assist,™[8] and integrated trailer brake controller (TBC) (4WD models include 2-speed transfer case which adds Slow Climb to Lincoln Drive Modes)
- **Luxury Package:** 1st-row heated and ventilated Perfect Position Seats with Active Motion® massage functionality and 30-way power adjustability including thigh extenders and head restraints; and Revel Ultima Audio System with 20 speakers (requires Equipment Collection 201A or 208A)
- 2nd-row 40/20/40 split-folding bench seat with PowerFold, outboard heat and recline, and sliding middle section
- 2nd-row heated, low-back, PowerFold captain's chairs with 2nd-row center console
- 4-wheel drive (4WD)
- Electronic traction assist
- Floor liners in 1st and 2nd rows
  (deletes standard 1st- and 2nd-row carpeted floor mats)
- Floor liners in 1st and 2nd rows[9]
  (includes standard 1st- and 2nd-row carpeted floor mats)
- Inflatable 2nd-row safety belts for outboard seating positions (2nd-row illuminated safety belt buckles not available)
- Lincoln Play™ Rear-Seat Entertainment System with 2 pairs of wireless headphones[10] (requires Equipment Collection 201A or 208A)

## DIMENSIONS

| | NAVIGATOR | NAVIGATOR L |
|---|---|---|
| WHEELBASE | 122.5" | 131.6" |
| LENGTH | 210.0" | 221.9" |
| HEIGHT RWD | 76.4" | 76.2" |
| 4WD | 76.3" | 76.1" |
| WIDTH Including mirrors | 93.8" | 93.8" |
| Mirrors folded | 83.6" | 83.6" |
| **HEAD ROOM** | | |
| 1st row (max.) | 41.8" | 41.8" |
| 2nd row | 40.0" | 40.0" |
| 3rd row | 37.3" | 37.4" |
| **LEG ROOM** | | |
| 1st row (max.) | 43.9" | 43.9" |
| 2nd row | 41.1" | 41.1" |
| 3rd row | 36.1" | 36.1" |
| **HIP ROOM** | | |
| 1st row | 61.9" | 61.9" |
| 2nd row | 61.6" | 61.6" |
| 3rd row | 51.4" | 51.4" |
| **SHOULDER ROOM** | | |
| 1st row | 65.2" | 65.2" |
| 2nd row | 65.1" | 65.1" |
| 3rd row | 64.2" | 64.3" |
| **CARGO VOLUME (cu. ft.)** | | |
| 1st row (behind) | 103.3 | 120.2 |
| 2nd row (behind) | 57.5 | 73.3 |
| 3rd row (behind) | 19.3 | 34.3 |
| **MAX. TOWING CAPACITY (lbs.)[11]** | | |
| RWD | 8,700 | 8,400 |
| 4WD | 8,300 | 8,100 |
| FUEL TANK (gal.) | 23.6 | 27.8 |

### NAVIGATOR/NAVIGATOR L 2ND-ROW CONFIGURATIONS

**7-PASSENGER SEATING**
Captain's chairs with pass-through
STANDARD: NAVIGATOR/NAVIGATOR RESERVE

Captain's chairs with center console
OPTIONAL: NAVIGATOR RESERVE

**8-PASSENGER SEATING**
40/20/40 bench seat
OPTIONAL

## LINCOLN ACCESSORIES

### ELECTRONICS
- Dash cams[10]
- Remote Start System
- Vehicle Security System

### EXTERIOR
- Full vehicle covers[10]
- Hitch shackle kit[10]
- Locking fuel plug
- Racks and carriers[10,12]
- Roof crossbars[10,12]
- Side window deflectors[10]
- Splash guards[10]
- Sportz® tent[10]
- Towing accessories
- Wheel lock kits

### INTERIOR
- Ash cup/coin holders
- Battery jump-start system[10]
- Cargo area protectors
- Carpeted floor mats
- Custom UVS100® sunscreen[10]
- First aid and roadside assistance kits[10]
- Floor liners
- Portable mini-fridge[10]
- Protective pet seat covers[10]
- Soft cargo cooler bag
- Soft cargo organizers
  (large and standard sizes)

**SHOP THE COMPLETE COLLECTION**
accessories.lincoln.com

---

[1] Horsepower and torque ratings based on premium fuel per SAE J1349® standard. Your results may vary. Horsepower and torque ratings are independent attributes and may not be achieved simultaneously. [2] Actual mileage will vary. [3] At purchase, the Lincoln Connect modem is connected and sending vehicle data (e.g., diagnostics) to Lincoln. To disable, or for more information, see in-vehicle connectivity settings. Learn more at www.ConnectedLincoln.com. Lincoln Connect and complimentary Connected Service are required for remote features (see Lincoln Way Terms for details). Connected service and features depend on compatible AT&T network availability. Evolving technology/cellular networks/vehicle capability may limit functionality and prevent operation of connected features. Connected service excludes Wi-Fi hotspot. [4] Wi-Fi hotspot includes wireless data trial that begins upon AT&T activation and expires at the end of 3 months or when 3GB of data is used, whichever comes first, but cannot extend beyond the trial subscription period for new vehicles. To activate, go to www.att.com/lincoln. [5] Requires feature activation. Not compatible with all phones. [6] Trial length and service availability may vary by model, model year or trim. All SiriusXM services require a subscription, each sold separately by SiriusXM after the trial period. Service will automatically stop at the end of your trial unless a subscription is purchased. See the SiriusXM Customer Agreement at www.siriusxm.com for complete terms. Some services and features are subject to device capabilities and location availability. All fees, content and features are subject to change. [7] Always wear your safety belt and secure children in the rear seat. [8] Please consult your owner's manual or Pro Trailer Backup Assist Measurement Card for information on setting up your trailer. [9] Do not place additional floor mats or any other covering on top of the original floor mats. [10] Lincoln Licensed Accessory. [11] When equipped with the available Heavy-Duty Trailer Tow Package. Max. towing varies based on cargo, vehicle configuration, accessories and number of passengers. [12] Consult owner's manual for details on roof-rack load limits.

Lincoln Original Accessories will be warranted for whichever provides you the greatest benefit: 24 months/unlimited mileage, or the remainder of your Bumper-to-Bumper 4-year/50,000-mile New Vehicle Limited Warranty. Lincoln Licensed Accessories (LLA) are warranted by the accessory manufacturer's warranty. LLA are designed and developed by the accessory manufacturer and have not been designed or tested by Ford Motor Company engineering requirements. Contact your Lincoln Dealer for details and/or a copy of all limited warranties. Amazon, Alexa and all related logos are trademarks of Amazon.com, Inc. or its affiliates. Android, Android Auto, Google, Waze and other marks are trademarks of Google Inc. Apple, Apple CarPlay and iPhone are trademarks of Apple Inc., registered in the U.S. and other countries. HD Radio is a proprietary trademark of iBiquity Digital Corp. QuantumLogic, Revel and the Revel logo are trademarks of HARMAN International Industries, registered in the United States and other countries. SiriusXM and all related marks and logos are trademarks of Sirius XM Radio Inc.










| # | Color |
|---|---|
| 1 | Infinite Black |
| 2 | Silver Radiance |
| 3 | Pristine White[1] |
| 4 | Asher Gray |
| 5 | Burgundy Velvet[1] |
| 6 | Signature Navy |
| 7 | Ceramic Pearl[1] |
| 8 | Green Gem |
| 9 | Flight Blue |

**Wheels:**

- 20" 14-Spoke Bright-Machined Aluminum with Painted Pockets — Standard: Navigator
- 22" 12-Spoke Bright-Machined Aluminum with Dark Tarnish-Painted Pockets — Standard: Navigator Reserve
- 22" 16-Spoke Bright-Machined Aluminum with Dark Tarnish-Painted Pockets — Optional: Navigator Reserve
- 22" Black Aluminum — Included: Navigator Reserve Monochromatic Package

**Interior selections:**

- Ebony with Santos Rosewood — Navigator 1–8   Reserve 1–9
- Cappuccino with Espresso Ash Swirl — Navigator 1–8   Reserve 1–9
- Medium Slate with Gray Ash Swirl — Reserve 1–6, 9
- Russet with Santos Rosewood — Reserve 1–8

# Effortlessly. Your Way.

Make your drive a seamless and serene experience. With the Lincoln Way™ App,[2] you are granted access to essential information about your vehicle wherever you may be. What does this afford you? Simple. Peace of mind when you are away, and a greater bond with your vehicle. Welcome to an effortless ownership experience. Welcome to the Lincoln Way.

- Connect and control your Lincoln from virtually anywhere with remote features including start/stop, lock/unlock and scheduled starts.[3]
- Phone As A Key[4] lets your smartphone act as a key fob even if you leave your keys behind.
- Vehicle Details empower you to monitor your vehicle's health, oil life, tire pressure and more.
- Earn Points toward Lincoln Priority Service and exclusive experiences with Lincoln Access Rewards.™[5]

Exterior and interior colors shown are representative only. [1]Additional charge. [2]Lincoln Way App, compatible with select smartphone platforms, is available via download. Message and data rates may apply. [3]Lincoln Connect and complimentary Connected Service are required for remote features (see Lincoln Way Terms for details). Connected service and features depend on compatible AT&T network availability. Evolving technology/cellular networks/vehicle capability may limit functionality and prevent operation of connected features. Connected service excludes Wi-Fi hotspot. [4]Requires feature activation. Not compatible with all smartphones. [5]See your dealer for details.



**LINCOLN PROTECT® EXTENDED SERVICE PLANS** Whether you purchase or lease your Lincoln, Lincoln Protect offers peace of mind with a variety of plans for vehicle component and maintenance coverage. Fully backed by Lincoln, plans are honored at all Lincoln dealerships in the U.S., Canada and Mexico. Visit your Lincoln Dealer today, and insist on genuine Lincoln Protect extended service plans.

**ROADSIDE ASSISTANCE FOR LIFE** We'll be there for you as long as you own your Lincoln – with 24-hour/7-day-a-week assistance nationwide. Coverage provided for the original owner only. Non-transferable. Please see your dealer for complete details.

**LINCOLN AUTOMOTIVE FINANCIAL SERVICES** Whether you decide to purchase or lease, you'll find a plan designed to fit your individual needs. Visit Lincoln.com/finance or your Lincoln Showroom to explore your financing options.

**LINCOLN MOTOR COMPANY INSURE** Insurance that lets you earn discounts for safe driving, offering a maximum discount of 40% off your auto insurance. Lincoln Motor Company Insure works with your 2021 model-year Lincoln to gauge your driving habits and calculate a discount based on how you drive. Visit www.lincolnmotorcompanyinsure.com to learn more.

American Road Services Company LLC is the licensed insurance agency offering Lincoln Motor Company Insure, which is underwritten by Nationwide Mutual Insurance Company and affiliates. Home Office: Columbus, OH. Ford Motor Company and Ford Credit are not insurance companies or agents. Subject to underwriting guidelines, review and approval. Details and availability varies; program criteria differ in California. Discounts do not apply to all coverage elements; actual savings vary by state, coverage selections, rating factors and policy changes.

**NEW VEHICLE LIMITED WARRANTY** Your new Lincoln has the following coverage: 4-year/50,000-mile bumper-to-bumper coverage, 6-year/70,000-mile powertrain coverage, 5-year/60,000-mile safety restraint coverage, and 5-year/unlimited-mile corrosion perforation (aluminum panels do not require perforation) coverage. Whichever comes first. Please ask your dealer for a copy of these limited warranties.

Comparisons based on competitive models (class is Large Traditional Premium Utilities), publicly available information and Lincoln certification data at time of release. Vehicles may be shown with optional equipment. Features may be offered only in combination with other options or subject to additional ordering requirements/limitations. Dimensions shown may vary due to optional features and/or production variability. Information is provided on an "as is" basis and could include technical, typographical or other errors. Lincoln makes no warranties, representations, or guarantees of any kind, express or implied, including but not limited to, accuracy, currency, or completeness, the operation of the information, materials, content, availability, and products. Lincoln reserves the right to change product specifications, pricing and equipment at any time without incurring obligations. Your Lincoln Dealer is the best source of the most up-to-date information on Lincoln vehicles.

  Discover more at **Lincoln.com**

21NAVPDF   ©2020 Lincoln