# EXHIBIT 4

Try    New    Used    Appraise    Reviews

Home / Lincoln / Lincoln Navigator / 2021 Lincoln Navigator MSRP

## 2021 Lincoln Navigator MSRP and Invoice Price

| Trims | MSRP | Invoice Price | Edmunds Suggested |
|---|---|---|---|
| L Fleet | $81,600 | N/A | $76,772 |
| Base | $78,400 | $74,948 | $79,246 |
| Reserve  Most Popular | $84,185 | $79,648 | $85,301 |
| L Reserve | $87,410 | $82,696 | $88,570 |
| L Black Label | $103,550 | $97,415 | $100,767 |
| Black Label | $100,350 | $94,431 | $101,975 |

Prices shown are for the most popular style of each trim with typically-equipped options.

### What's the MSRP for the 2021 Lincoln Navigator?

**Starting MSRP: $78,400**

The Manufacturer's Suggested Retail Price (MSRP) for the 2021 Lincoln Navigator starts at $78,400 for the Base base-level trim with destination fee and popular options. Prices will increase as you add options or choose a trim with more features. MSRP stands for manufacturer's suggested retail price. This is the price that Lincoln sets and recommends that a Lincoln dealership charge for its Navigator vehicles. MSRP is often cited in many advertisements and vehicle reviews.

Read more ⌄

### What's the invoice price for the 2021 Lincoln Navigator?

**Starting Invoice Price: $74,948**

The Edmunds Estimated Invoice Price for the 2021 Lincoln Navigator is $74,948 for the Base base trim with destination fee and popular options.

The Edmunds Estimated Invoice Price for the 2021 Lincoln Navigator is the price Edmunds determined the Lincoln dealership paid Lincoln for a 2021 Navigator vehicle. Some people focus on this price, but depending on the demand for a Navigator and other factors, actual Lincoln dealer selling prices of this vehicle in your area may be higher or lower. For this reason Edmunds publishes the Edmunds Suggested Price for the 2021 Lincoln Navigator based on recent transactions, which predicts the market price of 2021 Navigator vehicles, regardless of the invoice price.

Read more ⌄

### What does Edmunds suggest that I pay for the 2021 Lincoln Navigator based on recent purchases in my area?

**Starting Edmunds Suggested Price: $79,246**

Based on Edmunds analysis of recent prices paid in your area, the Edmunds Suggested Price for the 2021 Lincoln Navigator Base base trim is $79,246.

The Edmunds Suggested Price for a 2021 Lincoln Navigator is based on recent transactions in your area. We remove any incentives that were applied, and then see if recent buyers still paid less than the Manufacturer's Suggested Retail Price (MSRP). If recent buyers paid less than the MSRP, we apply the percent off of the MSRP to determine the market value. And then we subtract any current, generally-available cash rebates. The result is the Edmunds Suggested Price. The

Edmunds Suggested Price can change at the beginning of each calendar month when manufacturers usually announce changes to their incentives.

Read more ⌄

### What's the process for getting the best price on a 2021 Lincoln Navigator?

1. You'll want to contact local Lincoln dealers and ask them for their best price for the 2021 Lincoln Navigator trim that you want.

2. Compare your dealer price quotes for the 2021 Lincoln Navigator using Edmunds Price Checker™.

Read more ⌄

### Where can I get local dealer price quotes on a 2021 Lincoln Navigator?

Dealers often can't show their lowest prices online.

Use this form to get their best price for a 2021 Lincoln Navigator via email. Learn more

### Am I getting a good deal on my 2021 Lincoln Navigator with the price quote I have?

Edmunds Price Checker™ rates your dealer price quote for a 2021 Lincoln Navigator as high, fair, good or great. Based on the Navigator VIN or MSRP price you enter, we can rate your price compared to recent prices paid in your area for the same and similar vehicles. Learn more

### Are you getting a good price? Check it before you buy.

Check price by       **Trim**        VIN

**2021 Lincoln Navigator**

Style
[ L Fleet 4dr SUV (3.5L 6cyl Turb  ⌄ ]

Who offered you this price quote?
[ Select Dealer                    ⌄ ]

Dealer price quote ⓘ        MSRP from quote ⓘ
[ $        0 ]              [ $        0 ]

Rate this dealer offer



edmunds price checker™

**Enter prices to rate a deal**

great      good       fair       high

This chart will rate your price quote based on sales up through May 23rd, including destination fee, and any

rebates currently available near Oak Lawn, IL  60453

### How to check a dealer price

Edmunds Price Checker™ rates the dealer price quote for a specific car you're about to purchase.

Read more

### What is the out-the-door price for a 2021 Lincoln Navigator with taxes and fees?

**Starting Out-the-Door Price: $85,099**

The out-the-door price for the 2021 Lincoln Navigator Base trim with options is $85,099 - this is based on an Edmunds Suggested Price of $79,246 and $5,853 in taxes and fees. Keep in mind that this does not include any finance charges, which will increase your out-the-door price.

Read more

### How can I calculate my monthly payment or lease payment for the 2021 Lincoln Navigator?

Edmunds' Monthly Loan Calculator and Monthly Lease Calculator let you calculate your monthly loan payment or lease payment with your own trade-in value and the APR provided by your lender.

Learn more

Monthly Loan Calculator    Monthly Lease Calculator

### How much does optional equipment cost for the 2021 Lincoln Navigator?

Use Edmunds Build & Price to customize your 2021 Lincoln Navigator. We have pricing for OEM factory-installed options, but not dealer-installed options.

### Are there great deals available nearby?

See all 2021 Lincoln Navigator vehicles for sale near you. You can sort by Best Deals.

### Need more help?

See all for sale                           Calculate Payments

Evaluate Your Trade-In                     Shopper Forums

Build & Price a 2021 Lincoln Navigator

**Dealers can't post their lowest prices online**

Use this form and you'll get their best price via email

First Name*

Last Name*

**NEXT**

This information will not be shared with any dealer other than those you select. Our collection and use of your personal information.

☑ Fair Oaks Ford Lincoln
★★★☆☆(2)

☑ Bob Rohrman's Schaumburg Lincoln
★☆☆☆☆(1)

☑ Highland Park Ford Lincoln

☐ Libertyville Lincoln

☐ Castle Ford Lincoln

## We want your feedback

This page made it easy to determine if I got a good price from the dealer.

| 1 | 2 | 3 | 4 | 5 |

Strongly disagree                                Strongly agree

## Join Edmunds
Receive pricing updates, shopping tips & more!

[email address]   Sign Up

Download the Edmunds app

[Download on the App Store]   [Get it on Google Play]

Help    About Us    Contact Us    Careers    Affiliate Program    Dealer Center    Your Ad Choices
Privacy Statement    Visitor Agreement    Accessibility    Site Map    Do Not Sell My Personal Information
Copyright & Trademark Notices

© Edmunds.com, Inc.