# EXHIBIT 5




REVIEWS | THE DRIVE

# Lincoln's Factory Warranty Largely Equals Its Competitors

### Check out the pros and cons of Lincoln's factory warranty

With decades of combined experience covering the latest news, reviewing the greatest gear, and advising you on your next car purchase, *The Drive*, is the leading authority on all things automotive.

*The Drive* and its partners may earn a commission if you purchase a product through one of our links. Read more.

BY LINSAY THOMAS, NOELLE TALMON  / LAST UPDATED ON APRIL 29, 2022



Lincoln is a luxury vehicle brand from Ford Motor Company. Its current lineup includes the MKC, MKT, MKZ, Aviator, Nautilus, Navigator, and Continental. All of its vehicles come with a new vehicle limited warranty that protects you if a problem occurs within the first few years of ownership.

If you're thinking about buying a new Lincoln, it's a good idea to review the automaker's factory warranty details to see what it will provide should your vehicle break down within the lifespan of the coverage.

## Warranty In-Depth

Under its factory warranty, Lincoln will repair, replace, or adjust all parts on new vehicles that malfunction or fail during normal use due to a manufacturing defect in factory-supplied materials or factory workmanship. Its bumper-to-bumper and powertrain warranties are longer than the industry standard when it comes to the coverage periods.

Lincoln prefers owners take their vehicles to the dealership in which they made the purchase; however, consumers are permitted to bring their cars to another authorized Lincoln or Ford dealership for service.

## Bumper-to-Bumper Coverage

The basic limited warranty coverage protects a new Lincoln vehicle for up to four years or 50,000 miles, whichever comes first, putting it on par with many other manufacturers. The warranty covers repair or replacement of any component that is defective in material or workmanship, which includes nearly everything from the body to the electrical system.

free during a limited period.

- Wiper blade replacements during the first six months, regardless of miles driven
- Wheel alignments and tire balancing during the first year or 12,000 miles, whichever occurs first
- Brake pad and lining replacements during the first year or 18,000 miles, whichever occurs first

The Lincoln warranty has some exclusions that are common industrywide. It does not cover damage caused by accident, misuse, alteration, the environment (i.e., lightning and hail), improper maintenance, normal wear and tear, and certain issues related to the SYNC hands-free communications and entertainment system.

This limits the extent of the coverage compared to many extended and third-party warranties.

Lincoln's factory warrant also doesn't cover aftermarket parts or vehicles that are converted to limousines or hearses.

## Powertrain Coverage

The powertrain warranty coverage protects certain components against defects in factory-supplied materials or workmanship for six years or 70,000 miles, whichever occurs first. Specifically, it covers certain components related to the engine, transmission, and front, rear, and all-wheel-drive systems.

## Additional Coverage

Lincoln's factory warranty includes complimentary Lincoln Roadside Assistance, which includes the following:

- Towing to your selling or preferred dealer within 100 miles of the breakdown
- Replacement of a flat tire (vehicle must have a usable spare) unless the vehicle is supplied with a tire inflator kit
- Battery jump start
- Lockout assistance (key replacement is not included)
- Up to two gallons of fuel delivery (capped at two times within a one-year period)
- Winch assistance to pull a vehicle 100 feet from a paved or county-maintained road

Roadside assistance lasts the life of the vehicle for the original owner. Subsequent owners have access to roadside assistance through the lifespan of the powertrain warranty, which is six years or 70,000 miles, whichever occurs first.

The manufacturer's warranty also includes a four year or 50,000-mile pickup and delivery service, which includes a complimentary Lincoln loaner for up to two days for one basic maintenance service or if your vehicle requires repair. Mileage limitations may apply for pickups or deliveries over 20 miles from the servicing dealer.

Certain unique hybrid components are protected against defects in factory-supplied materials or workmanship for eight years or 100,000 miles. Safety restraint system coverage lasts for five years or 60,000 miles.

The New Vehicle Limited Warranty also covers tire defects in factory-supplied material or workmanship for 100 percent of labor costs and on a pro-rata adjustment basis for parts. For example, if the tires have been driven 12,001 to 24,000 miles, Lincoln will provide 60 percent in the cost of parts and 100 percent for labor.

Normal tire wear or damage is not reimbursable. Many standard factory warranties do not cover tires and instead refer consumers to the tire

manufacturer for problems related to defects.

Lincoln also provides an emissions defects warranty and emissions performance warranty. Corrosion coverage involving perforations (holes) in the body sheet metal panels is covered for five years or an unlimited distance.



Lincoln's factory warranty includes lifetime roadside assistance for the original owner, *gettyimages*

## Feeling Overwhelmed?

## What We Like

Lincoln's new vehicle limited warranty is quite comprehensive. New vehicles

don't typically have any issues for several years, and the warranty should give you peace of mind should a problem occur.

After the bumper-to-bumper warranty expires, Lincoln's powertrain warranty stays in effect for quite a bit longer, extending its value. Also, some hybrid components are covered against defects in factory-supplied materials or workmanship for eight years or 100,000 miles.

The roadside assistance package is beneficial if you get stuck while traveling and need help with a jump start, flat tire, lockout assistance, etc. It also lasts for the lifetime of the vehicle as long as you are the original owner.

In addition, the automaker's pickup and delivery service and loaner program are very appealing. Lincoln's policy of covering tire defects is also convenient since many competitors require consumers to contact the tire manufacturer instead.

## What We Don't Like

While Lincoln's warranty has a lot of inclusions, it also has some limitations, making it comparable to other automakers' factory warranties. Even though it covers a large number of parts and components, it doesn't cover certain circumstances, such as major modifications, accidents, general wear and tear, weather damage, etc.

On the whole, the bumper-to-bumper coverage period is only slightly longer than the industry standard of three years or 36,000 miles. Still, Lincoln's mileage limitation can be exceeded within a short period of time if you are a commuter and frequently drive long distances.

Despite these small drawbacks you can still fully cover your Lincoln after its factory warranty expires, and subscribe to one of CarShield's Warranty premium plans.

## Common Repair Costs

Some of the most common issues and repair costs with Lincoln vehicles:

- Lincoln Aviator: Water pump replacement ($293-$365)
- Lincoln Aviator: Transmission fluid change ($355-$398)
- Lincoln Continental: Check engine light diagnosis and testing ($208-$251)
- Lincoln Continental: Water pump replacement ($423-$576)
- Lincoln MKZ: Power steering pump, rack, and pinion, or power steering hose replacement ($322-$386)
- Lincoln Navigator: No start diagnosis ($107-$131)

## FAQs

### Q. What does a Lincoln warranty cover?

**A.** Lincoln's basic limited warranty coverage protects a new vehicle for up to four years or 50,000 miles, whichever comes first. It covers repair or replacement of any component that is defective in material or workmanship. The powertrain warranty covers certain components related to the engine, transmission, and front, rear, and all-wheel drive systems for six years or 70,000 miles.

### Q. Are Lincoln warranties transferable?

**A.** If a Lincoln owner sells his car or SUV, and it's still covered under the original new vehicle warranty, the remainder of the coverage is transferable to a new owner.

### Q. What is a Lincoln certified vehicle?

**A.** Lincoln has a certified pre-owned vehicle program that provides six years or 100,000 miles of bumper-to-bumper coverage. This is an increase of two years and 50,000 miles over the original bumper-to-bumper warranty.

## Is Lincoln's Warranty Worth It?

Lincoln's factory warranty is better than the industry standard in its duration. Both the bumper-to-bumper and powertrain warranties are long enough to protect a new vehicle during its first years of service life, which is comforting when you purchase a new car or SUV.

The bumper-to-bumper warranty alone is quite comprehensive, and the automaker even throws in coverage for some maintenance items, such as wiper blades, brake pads, wheel alignments, and tire balancing. The lifetime roadside assistance for original owners is also very advantageous.

If you're thinking about purchasing a new Lincoln, the factory warranty should protect your vehicle from unexpected defects and other problems—at least for a few years.

## More Information

Here are a few more resources you can use:

- Lincoln Website
- Lincoln Recalls
- Lincoln Phone Number: 1-800-521-4140



An extended warranty from Lincoln has some advantages and disadvantages



**RELATED**

# Genesis's Factory Warranty is One of the Best in the Industry

Luxury brand Genesis's new vehicle limited warranty is the cream of the crop

## Other '**Factory Warranties**' Reviews You Might Like:

ALFA ROMEO WARRANTY | FACTORY WARRANTIES | BUMPER TO BUMPER WARRANTY | FERRARI WARRANTY | GM WARRANTY

HONDA CIVIC WARRANTY | BEST CAR WARRANTY | LAMBORGHINI WARRANTY | DODGE WARRANTY | CHEVY WARRANTY

NISSAN ALTIMA RELIABILITY | DODGE CHALLENGER RELIABILITY | CAR WARRANTIES | CHEVROLET VOLT RELIABILITY

BUICK WARRANTY | HARLEY DAVIDSON WARRANTY | HONDA CARE WARRANTY | ACURA WARRANTY | RAM WARRANTY

GENESIS WARRANTY | CHRYSLER WARRANTY | VW WARRANTY | CADILLAC WARRANTY | AUDI MAINTENANCE COST

## Sign Up For Our Newsletter



## Sign Up For Our Newsletter

Technology, performance and design delivered to your inbox.

**SIGN UP**



   

RV Rentals

Privacy Policy

Your California Privacy Rights

Terms of Service

Contact Us

The Drive Team

Do Not Sell My Personal Information

© 2022 Recurrent Ventures. All Rights Reserved.

We are a participant in the Amazon Services LLC Associates Program, an affiliate advertising program designed to provide a means for us to earn fees by linking to Amazon.com and affiliated sites.