# EXHIBIT 6

SPONSORED

# 2021 Ford Expedition Order And Production Dates Revealed



SPONSORED

We're over halfway through 2020, which means that it won't be long before 2021 model year vehicles are getting closer and closer to production. That includes the Ford Expedition, which is currently in its fourth-generation after the all-new model debuted in 2018. Now, *Ford Authority* has learned the 2021 Ford Expedition order and production dates for those interested in obtaining the newest copy of The Blue Oval's full-size SUV.



*2020 Ford Expedition*

2021 Ford Expedition order books are scheduled to open up on September 16th, 2020. Production will begin at the Ford Kentucky Truck Plant in Louisville, Kentucky a couple of months later on November 30th, 2020. The Expedition will continue to be built alongside the Ford F-250-F-550 Super Duty line of trucks, plus the Expedition's platform mate, the Lincoln Navigator.

The Expedition is a full-size, body-on-frame SUV with an aluminum-alloy body built on the Ford T3 platform. It is a modified version of the half-ton platform that underpins the Ford F-150, and it utilizes a four-wheel independent suspension system. The Expedition is also available with selectable automatic full-time four-wheel drive that sends power through a two-speed dual range transfer case to electronic locking rear and center multi-disc differentials.



The Expedition is powered by Ford's 3.5L EcoBoost V6, which produces 375 horsepower and 470 pound-feet of torque, and is equipped with a 10-speed automatic transmission.

Ford also offers an FX4 model in both regular and extended MAX trim that serves as a dedicated off-road package. That trim offers up a terrain management system, an electronic limited-slip rear differential with 3.73:1 gears, unique 18-inch Magnetic Metallic cast aluminum wheels with 32 inch all-terrain tires, off-road-tuned dampers, a total of seven skid plates, turbo sand shield, and other unique touches.



We'll have much more on the new model year Expedition as soon as it's available, so be sure and subscribe to *Ford Authority* for the latest Ford Expedition news and non-stop Ford news coverage.

FORD EXPEDITION PHOTOS
CLICK TO EXPAND

SPONSORED


By **Brett Foote**
Brett's lost track of all the Fords he's owned over the years and how much he's spent modifying them, but his current money pits include an S550 Mustang and 13th gen F-150.

## Subscribe to Ford Authority
For around-the-clock Ford news coverage

First Name | Last Name

Email Address

SUBSCRIBE VIA EMAIL

We'll send you one email per day with the latest Ford updates. It's totally free.

SPONSORED

## YOU MAY ALSO LIKE


**2021 Lincoln Nautilus Order, Production Dates Revealed**


**2022 Ford F-650 And F-750 Order And Production Dates Revealed**


**2021 Ford Bronco Sport Production And Order Dates Revealed**


**2021 Lincoln Navigator Order And Production Dates Revealed**






**2021 Ford Ranger Order And Production Dates Revealed**

**2020 To 2021 Lincoln Aviator Changeover, Order, And Production Dates Revealed**

# COMMENTS



**Badhac**    July 15, 2020 at 10:51 AM

Isnt it time fort both the Expedition and Navigator to get a refresh?

REPLY



**Bob Dobson**    July 16, 2020 at 6:31 AM

I agree, the 2021 MY will be the fourth year with no refresh. It looks a little tired and given the new Tahoe/Yukon. for 2021 they should have stepped up to match them with something a little updated. The interior and technology is very dated, with everyone moving to 10-12″ multimedia screens and SYNC4 the 2021 should have kept up. Ford has a serious issue with dragging their feet on technology. SYNC3 is dated and basic, releasing anything in 2021 without SYNC4 is sending the customer a message that Ford can't keep up.

REPLY



**CMK1**    July 16, 2020 at 6:42 AM

To the tone deaf individuals above, it has been published in a few spaces that 2022 model year is when the major changes to U 553 and U 554 will be launched. I'm on the MCA for T3 SUVs and next SD P708.

You clearly don't pay very good attention at all.

REPLY



**Badhac**    July 16, 2020 at 6:50 AM

I apologize for missing that, but thanks for being a prick about it.

REPLY



**The Gentle Grizzly**    July 17, 2020 at 7:16 AM

Any chance of a split bench seat or twin big buckets and deleting the console?

REPLY

**Dean E Roan**    August 13, 2020 at 7:58 AM

I can't stand the dark interiors!!!!! give us a choice for 2021 Expedition MAX. The dark panels and dash show all the dust and dirt… door gets shoe scuff marks. Lincoln Navigator has all light camel beige interiors with black carpet why doesn't ford offer that??? Plus Lincoln charges 15 to 20K more for it, yuck..

REPLY

**Donald Hayes**    July 12, 2021 at 12:44 PM

How can anyone say that Ford can't keep up. They have introduced the award winning Mustang Mach E and the new Broncos. Next comes the F-150 Lightning. The Expedition is a slow seller with inventory setting on dealership lots for the longest period of time compared to other models. Maybe this is because of a needed refresh to keep up with that other brands. Looking at the upcoming 2021. The Expedition gets that refresh. A larger infotainment screen similar to the new Edge. Sync 4 will also be added plus misc interior changes. The exterior shows a new front grill and rear taillights. The Expedition is a fantastic full-size, luxury SUV that provides plenty of room for passengers and loads of technology. I need to add. The auto industry needs to fix the chip issue where shutdowns never happen again because of their dependence on other countries for parts. A part that should be manufactured in America has basically shut down our auto industry.

REPLY



**Rick Hurley**    July 12, 2021 at 2:58 PM

Totally agree on the parts manufacturing, at least have a secondary supplier in the US that can keep 30% production rolling, with the capacity to ramp up if needed. However, after owning Expeditions since my son was born in 99', I just bought my first Chevy (a Tahoe)….why you ask? Who wants a full size SUV with a V6, turbos or not, there not in the same league! Disappointing!

REPLY

## Leave a comment

Comment *

Name *

Email *

REPLY

SPONSORED

SPONSORED

## ABOUT FORD AUTHORITY

Ford Authority is a must-read for **Ford news**, **Ford rumors**, **Ford reviews**, and information about Ford and Lincoln vehicles.

Join others in discussing Ford and Lincoln in our **Ford and Lincoln Forums** and browse photos of Ford and Lincoln vehicles in our **Ford and Lincoln pictures** gallery.

Please note that Ford Authority is a product of **Motrolix** LLC and is not sponsored, owned, or in any other way condoned by Ford Motor Company, its brands, subsidiaries, or partners.

We also encourage you to check out our sister publications:

- GM Authority for the latest **GM News** and **GM Forums** and
- Cadillac Society for the latest **Cadillac News** and **Cadillac Forums**

## FORUMS

Ford

Ford Motor Company Corporate

Help & Support

Lincoln

Member Introductions

Mercury

Off-Topic

### TRENDING NOW

6/7/22, 9:13 AM 2021 Ford Expedition Order And Production Dates Revealed

## TRENDING NOW

 2021 Ford Shelby Mustang Mach-E GT Concept: Live Photo Gallery

 2023 Ford F-150 Raptor R Order Banks Will Open Up Right After Debut

 We're Driving A 2022 Ford Maverick Hybrid – What Do You Want To Know?

 2023 Ford Escape Order Banks Will Open In September

 2023 Ford Edge Order Banks Open Up Next Month

 Ford Patent Filed For Liquid Sanitation System With UV Light Cleaner

News  Forums  Photos  Videos  Subscribe  About Us  Tip Us  Contact Us  Register

Sitemap  Privacy

 

Copyright © 2022 Motrolix. All rights reserved.