# EXHIBIT 7



SPONSORED

# 2021 Lincoln Navigator Order And Production Dates Revealed

By **Brett Foote**
July 17, 2020 10:21 am

  



SPONSORED

Over halfway through 2020, we're slowly trickling ever closer to the 2021 model year changeover in much of the automotive manufacturing world. Summer shutdowns are in effect as automakers gear up to produce new products, and we're also learning when the order books will open up for certain models. That now includes the 2021 Lincoln Navigator order and production dates, which *Ford Authority* has obtained the full details on.



2021 Lincoln Navigator order books are scheduled to open up on September 16th, 2020. Production will begin at the Ford Kentucky Truck Plant in Louisville, Kentucky a couple of months later on November 30th, 2020. The Navigator will continue to be built alongside the Ford F-250-F-550 Super Duty line of trucks, plus the Navigator's platform mate, the Ford Expedition.

As we reported earlier in the week, Expedition orders and production will also start on the same dates as the Navigator, which isn't terribly surprising given the fact that they share a platform.



Like the Expedition, the Lincoln Navigator is a full-size, body-on-frame SUV with an aluminum-alloy body built on the Ford T3 platform. It is a modified version of the half-ton platform that underpins the Ford F-150, and it utilizes a four-wheel independent suspension system.

The Navigator is availble in two-wheel-drive or with selectable automatic full-time four-wheel drive that sends power through a two-speed dual range transfer case to electronic locking rear and center multi-disc differentials.



The all-new fourth-generation Lincoln Navigator debuted for the 2018 model year. It's currently offered in standard and long wheelbase (Navigator L) configurations. The Navigator is powered by Ford's 3.5L EcoBoost V6, which produces 450 horsepower and 500 pound-feet of torque, and is equipped with a 10-speed automatic transmission.

We'll have much more on the new model year Navigator as soon as it's available, so be sure and subscribe to *Ford Authority* for the latest Lincoln news, Lincoln Navigator news and non-stop Ford news coverage.

2020 LINCOLN NAVIGATOR PHOTOS
CLICK TO EXPAND

SPONSORED



By **Brett Foote**
Brett's lost track of all the Fords he's owned over the years and how much he's spent modifying them, but his current money pits include an S550 Mustang and 13th gen F-150.

**Subscribe to Ford Authority**

For around-the-clock Ford news coverage

First Name | Last Name

Email Address

SUBSCRIBE VIA EMAIL

We'll send you one email per day with the latest Ford updates. It's totally free.

SPONSORED

## YOU MAY ALSO LIKE





2021 Lincoln Nautilus Order, Production Dates Revealed

2022 Ford F-650 And F-750 Order And Production Dates Revealed




2021 Ford Bronco Sport Production And Order Dates Revealed



2021 Ford Expedition Order And Production Dates Revealed



2021 Ford Ranger Order And Production Dates Revealed



2020 To 2021 Lincoln Aviator Changeover, Order, And Production Dates Revealed

## NO COMMENTS YET

### Leave a comment

Comment *

Name *

Email *

REPLY

SPONSORED

SPONSORED

## ABOUT FORD AUTHORITY

Ford Authority is a must-read for Ford news, Ford rumors, Ford reviews, and information about Ford and Lincoln vehicles.

Join others in discussing Ford and Lincoln in our Ford and Lincoln Forums and browse photos of Ford and Lincoln vehicles in our Ford and Lincoln pictures gallery.

Please note that Ford Authority is a product of Motrolix LLC and is not sponsored, owned, or in any other way condoned by Ford Motor Company, its brands, subsidiaries, or partners.

We also encourage you to check out our sister publications:

- GM Authority for the latest GM News and GM Forums and
- Cadillac Society for the latest Cadillac News and Cadillac Forums

## FORUMS

Ford

Ford Motor Company Corporate
Help & Support

Lincoln

Member Introductions

Mercury

Off-Topic

## TRENDING NOW



Ford Bronco 2.7L V6 EcoBoost Engine Failures Explained: Exclusive



2022 Ford Escape Lineup Adds Hands-Free Liftgate Removal Option



Ford Patent Filed For Heated Windshield Camera Viewing Zones




2023 Ford F-150 Raptor R Shifts Quickly, But Dual Clutch Is Unlikely



We're Driving The 2021 Ford Ranger Tremor – What Do You Want To Know?



2021 Ford Shelby Mustang Mach-E GT Concept: Live Photo Gallery

News Forums Photos Videos Subscribe About Us Tip Us Contact Us Register

Sitemap Privacy




Copyright © 2022 Motrolix. All rights reserved.