# EXHIBIT 8



**U.S. Department of Transportation**
**National Highway Traffic Safety Administration**

**1200 New Jersey Avenue SE**
**Washington, DC 20590**

May 18, 2022

Mr. Adrian Diaz
Assistant Engineering Director Automotive Safety Office
Ford Motor Company
330 Town Center Drive
Suite 500/5024
Dearborn, MI 48126

NEF-107DM
22V-346

**Subject:**  Engine Compartment Fire

Dear Mr. Diaz:

This letter serves to acknowledge Ford Motor Company's notification to the National Highway Traffic Safety Administration (NHTSA) of a safety recall which will be conducted pursuant to Federal law for the product(s) listed below. Please review the following information to ensure that it conforms to your records as this information is being made available to the public. If the information does not agree with your records, please contact us immediately to discuss your concerns.

**Makes/Models/Model Years:**
FORD/EXPEDITION/2021
LINCOLN/NAVIGATOR/2021

**Mfr's Report Date:**   May 17, 2022

**NHTSA Campaign Number:**   22V-346

**Components:**
ENGINE

**Potential Number of Units Affected:**   39,013

**Problem Description:**
Ford Motor Company (Ford) is recalling certain 2021 Expedition and Lincoln Navigator vehicles.  An engine compartment fire may occur while driving or parked, even with the ignition in the "Off" position.

**Consequence:**
A vehicle fire increases the risk of injury.

**Remedy:**
Owners are advised to park their vehicles outside and away from structures until the remedy is performed.  The remedy is still under development.  Letters notifying owners of the safety risk are expected to be mailed May 23, 2022.  A second letter will be mailed once the remedy is available.  Owners may contact Ford customer service at 1-866-436-7332.  Ford's number for this recall is 22S36.

**Notes:**
Owners may also contact the National Highway Traffic Safety Administration Vehicle Safety Hotline at 1-888-327-4236 (TTY 1-800-424-9153), or go to www.nhtsa.gov.



Please ensure the following requirements are met:

> A description of the manufacturer's program for remedying the defect or noncompliance (49 CFR 573.6 (c)(8)(i)).
>
> AMENDED 573 REQUIRED.

> Per the requirements of 49 USC 30119, please provide the part number, name and description of the component or components involved in this recall. This information should be provided in an amended 573 in the "Involved Components" section.
>
> AMENDED 573 REQUIRED.

We have received Ford's proposed interim owner notification letter and it is approved for distribution.

Please be reminded of the following requirements:

Copies of all notices, bulletins, dealer notifications, and other communications that relate to this recall, including a copy of the final owner notification letter and any subsequent owner follow-up notification letter(s), are required to be submitted to this office no later than 5 days after they are originally sent (if they are sent to more than one manufacturer, distributor, dealer, or purchaser/owner).

Please be reminded that under 49 U.S.C. § 30112(a)(3), it is illegal for a manufacturer, to sell, offer for sale, import, or introduce or deliver into interstate commerce, a motor vehicle or item of motor vehicle equipment that contains a safety defect once the manufacturer has notified NHTSA about that safety defect. This prohibition does not apply once the motor vehicle or motor vehicle equipment has been remedied according to the manufacturer's instructions.

As stated in Part 573.7, submission of the first of eight consecutive quarterly status reports is required within one month after the close of the calendar quarter in which notification to purchasers occurs. Therefore, the first quarterly report will be due on, or before, 30 days after the close of the calendar quarter.

Ford Motor Company's contact for this recall will be DeMara Magruder who may be reached by email at demara.magruder@dot.gov. We look forward to working with you.

Sincerely,

*Alex Ansley*

Alex Ansley
Chief, Recall Management Division
Office of Defects Investigation
Enforcement

