# EXHIBIT 9

# Part 573 Safety Recall Report     22V-346

| | |
|---|---|
| **Manufacturer Name :** | Ford Motor Company |
| **Submission Date :** | MAY 17, 2022 |
| **NHTSA Recall No. :** | 22V-346 |
| **Manufacturer Recall No. :** | 22S36 |



**Manufacturer Information :**

Manufacturer Name : Ford Motor Company
Address : 330 Town Center Drive
Suite 500 Dearborn MI 48126-2738
Company phone : 1-866-436-7332

**Population :**

Number of potentially involved : 39,013
Estimated percentage with defect : 1 %

**Vehicle Information :**

Vehicle 1 : 2021-2021 Ford Expedition
Vehicle Type : LIGHT VEHICLES
Body Style : SUV
Power Train : NR
Descriptive Information : Affected vehicles were built between December 1, 2020 and April 30, 2021.

These vehicles are not produced in VIN order. Information as to the applicability of this action to specific vehicles can best be obtained by either calling Ford's toll-free line (1-866-436-7332) or by contacting a local Ford or Lincoln dealer who can obtain specific information regarding the vehicles from the Ford On-line Automotive Service Information System (OASIS) database.

32,711 Expeditions are affected.

Production Dates : DEC 01, 2020 - APR 30, 2021
VIN Range 1 : Begin : NR    End : NR    ☐ Not sequential

|  |  |
|---|---|
| Vehicle 2 : | 2021-2021 Lincoln Navigator |
| Vehicle Type : | LIGHT VEHICLES |
| Body Style : | SUV |
| Power Train : | NR |
| Descriptive Information : | Affected vehicles were built between December 1, 2020 and April 30, 2021.<br><br>These vehicles are not produced in VIN order. Information as to the applicability of this action to specific vehicles can best be obtained by either calling Ford's toll-free line (1-866-436-7332) or by contacting a local Ford or Lincoln dealer who can obtain specific information regarding the vehicles from the Ford On-line Automotive Service Information System (OASIS) database.<br><br>6,302 Navigators are affected. |
| Production Dates : | DEC 01, 2020 - APR 30, 2021 |
| VIN Range 1 : Begin : | NR    End : NR    ☐ Not sequential |

## Description of Defect :

| | |
|---|---|
| Description of the Defect : | Ford Motor Company has decided that a defect which relates to motor vehicle safety exists in certain 2021 model year Ford Expedition and Lincoln Navigator vehicles built between December 01, 2020 and April 30, 2021. Certain vehicles built during this time frame may pose a risk of underhood fire, including while the vehicle is parked and off. |
| FMVSS 1 : | NR |
| FMVSS 2 : | NR |
| Description of the Safety Risk : | Risk of underhood fire, including while the vehicle is parked and off. |
| Description of the Cause : | Ford Motor Company is currently investigating the cause of this condition. |
| Identification of Any Warning that can Occur : | Some customers have reported a burning smell and smoke from the front passenger engine compartment while driving. |

## Involved Components :

| | |
|---|---|
| Component Name 1 : | NR |
| Component Description : | NR |
| Component Part Number : | NR |

# Part 573 Safety Recall Report     22V-346    Page 3

**Supplier Identification :**

**Component Manufacturer**

- Name : Ford Motor Company
- Address : One American Road
  Dearborn Michigan 48126
- Country : United States

**Chronology :**

Chronology attached

**Description of Remedy :**

Description of Remedy Program : Owners of vehicles produced from December 1, 2020 – April 30, 2021 will be notified by mail and instructed to park their vehicle outside and away from structures and other vehicles due to the risk of unattended vehicle fire. Owners will also be informed that Ford's investigation is ongoing and that they will be contacted when further information is available.

Ford provided the general reimbursement plan for the cost of remedies paid for by vehicle
owners prior to notification of a safety recall in May 2021. The ending date for reimbursement
eligibility is estimated to be June 13, 2022.

Ford will forward a copy of the notification letters to dealers to the agency when available.

How Remedy Component Differs from Recalled Component : Not applicable at this time

Identify How/When Recall Condition was Corrected in Production : Not applicable at this time

**Recall Schedule :**

Description of Recall Schedule : Notification to dealers is expected to occur on May 19, 2022. Mailing of owner notification letters is expected to begin May 23, 2022 and is expected to be completed by June 3, 2022.

Planned Dealer Notification Date : MAY 19, 2022 - MAY 19, 2022

Planned Owner Notification Date : MAY 23, 2022 - JUN 03, 2022

The information contained in this report was submitted pursuant to 49 CFR §573

\* NR - Not Reported