# EXHIBIT 10

**22S36**
**Chronology of Defect / Noncompliance Determination**

**Provide the chronology of events leading up to the defect decision or test data for the noncompliance decision.**

March - April
On **March 24, 2022**, CCRG opened an investigation concerning eight (8) underhood fire allegations and one (1) report of a melted battery junction box (BJB) on 2021 model year Expedition vehicles.  CCRG noted that six (6) of the eight (8) fire allegations had fire origination on the passenger side rear engine compartment area, while two (2) others had unclear underhood origin.  Of the eight fire allegations, six occurred while the vehicle was parked and off, and two occurred while driving.  Reviewing the nine (9) reports, CCRG noted that eight (8) were owned by rental companies (multiple companies and locations).

CCRG's investigation continued throughout April.  This included reviews and site visits with rental company personnel, vehicle inspections, supplier reviews, product design reviews, field and connected data analyses, among others.

May
To date, no fire cause or origin has been identified, but the fires are believed to have originated in the passenger side rear engine compartment vicinity.   As of May 12th CCRG is aware of sixteen (16) potentially related reports of underhood fires on 2021 MY Expedition and Navigator vehicles.  Of those sixteen (16) reports, fourteen (14) are rental vehicles (multiple companies and locations) and two are retail units.  Of the sixteen (16) reports, twelve (12) occurred while the vehicle was parked and off, (1) occurred while parked and on, and three (3) occurred while driving with some customers reporting a burning smell and smoke from the front passenger engine compartment.   All sixteen (16) vehicles were produced between December 19, 2020 and April 20, 2021.  Under further analysis, this period was found to be statistically significant.

Although Ford has not identified a cause for these reports, on **May 13, 2022**, Ford's Field Review Committee reviewed the concern and approved a field action to advise owners to park their vehicles outside and away from structures while Ford's investigation continues.

Ford is aware of one potential injury (unspecified burn) related to this condition.

###