## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

JESSICA STAHLMAN, JEREMY
SESSLER, and RONALD SMITH,
individually and on behalf of all others
similarly situated,

Case No. 2:22cv11244-SDK-DRG

Honorable Shalina D. Kumar

Magistrate David R. Grand

                    Plaintiffs,

        v.

FORD MOTOR COMPANY,

                    Defendant.

## STIPULATION AND ORDER EXTENDING TIME
## FOR DEFENDANT TO FILE RESPONSIVE PLEADING

The Parties to the above-captioned action, by their respective undersigned counsel, hereby stipulate and agree to an extension of responsive pleading deadlines as follows:

1.     Defendant Ford Motor Company shall not be required to respond to Plaintiffs' Class Action Complaint.  Plaintiffs will file an Amended Class Action Complaint by July 11, 2022.

2.     Defendant Ford Motor Company shall have until September 9, 2022 to answer or otherwise respond to Plaintiffs' Amended Class Action Complaint.

The Parties having stipulated to the relief requested, it is **SO ORDERED.**

Dated: July 6, 2022                          s/Shalina D. Kumar
                                             Hon. Shalina D. Kumar
                                             United States District Judge

 SO STIPULATED AND AGREED:


/s/ John M. Thomas                  /s/with the consent of E. Powell Miller
John M. Thomas                      E. Powell Miller
Dykema Gossett PLLC                 The Miller Law Firm
2723 South State Street             950 West University Drive
Suite 400                           Suite 300
Ann Arbor, MI 48104                 Rochester, MI 48307
jthomas@dykema.com                  epm@millerlawpc.com
734-214-7613                        248-841-2400
P31403                              P39487
Attorney for Defendant              Attorney for Plaintiffs

ii