**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| JESSICA STAHLMAN, JEREMY SESSLER, and RONALD SMITH, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY,<br><br>Defendant. | Case No. 2:22cv11244-SDK-DRG<br><br>Honorable Shalina D. Kumar<br><br>Magistrate David R. Grand |

**DEFENDANT FORD MOTOR COMPANY'S *EX PARTE* MOTION TO EXTEND PAGE LIMIT FOR BRIEF IN SUPPORT OF MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED CLASS ACTION COMPLAINT TO 35 PAGES**

Defendant Ford Motor Company intends to file a motion to dismiss Plaintiffs' First Amended Class Action Complaint. For the reasons stated in its accompanying Brief in Support, Ford moves *ex parte* under E. D. Mich. LR 7.1(d)(3)(A) to extend the page limit for its brief in support of its forthcoming motion to dismiss from 25 pages to 35 pages.

Ford sought concurrence in this Motion under E. D. Mich. LR 7.1(A)(1) and, on August 31, 2022, Plaintiffs stated that they take no position on this Motion.

Respectfully submitted,

DYKEMA GOSSETT PLLC

By: */s/ John M. Thomas*
John M. Thomas (P31403)
Attorneys for Ford Motor Company
2723 South State Street, Suite 400
Ann Arbor, MI 48104
Telephone: (734) 214-7613
Facsimile: (734) 214-7696
jthomas@dykema.com

Dated: September 6, 2022

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| JESSICA STAHLMAN, JEREMY SESSLER, and RONALD SMITH, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY,<br><br>Defendant. | Case No. 2:22cv11244-SDK-DRG<br><br>Honorable Shalina D. Kumar<br><br>Magistrate David R. Grand |

**DEFENDANT FORD MOTOR COMPANY'S BRIEF IN SUPPORT OF ITS *EX PARTE* MOTION TO EXTEND PAGE LIMIT FOR BRIEF IN SUPPORT OF MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED CLASS ACTION COMPLAINT TO 35 PAGES**

Ford hereby moves for a 10-page extension to Ford's brief in support of its motion to dismiss, which is due to be filed on September 9, 2022. This extension is necessary in order for Ford to adequately address the 66 claims brought by 22 Plaintiffs under the laws of 16 states. Although a brief in support of a motion generally "may not exceed 25 pages," a party may "apply ex parte" for an extension of that limit, "setting forth the reasons" for the extension. E. D. Mich. LR 7.1(d)(3)(A). This Court requires any such requests to be "made by motion" with "specific reasons justifying the need for additional pages." *Practice Guidelines for*

*Judge Shalina D. Kumar*, https://www.mied.uscourts.gov/index.cfm?pageFunction=chambers&judgeid=56 (last accessed August 24, 2022).

A limited 10 page extension is warranted here because of the substantial number of complex legal issues Ford plans to address in the motion to dismiss. This is a putative class action with 22 Plaintiffs bringing 66 total claims under the laws of 16 different states. Each Plaintiff alleges different facts about how they used their vehicles, e.g., some Plaintiffs allege that they chose not to drive their vehicles once they learned of the alleged defect while others allege that they continued to drive their vehicles. (*Compare, e.g.,* FACAC ¶ 24, ECF No. 14, PageID.195 (Plaintiff Stahlman allegedly "completely ceased all use or operation" of her vehicle.) *with, e.g.,* FACAC ¶ 23, ECF No. 14, PageID.194 (Plaintiff Caito allegedly "continue[s] to use the Expedition to transport customers.").) So Ford needs 10 more pages in order to effectively present to this Court the different legal deficiencies in all those different Plaintiffs' pleadings of all those claims under all those different states' laws.

This is not a standard one-Plaintiff case where 25 pages is sufficient for a brief in support of a motion to dismiss (even one with multiple legal issues). This is a class action with a much longer litany of legal issues to brief—the exact sort of case where extra pages are warranted. *See Frederick v. Federal-Mogul, Inc.*, No. 06-11549-BC,

2008 U.S. Dist. LEXIS 73100, at *6-7 (E.D. Mich. Sept. 19, 2008) (9 page extension for brief in support of motion to dismiss in *one-plaintiff case* because of "legal complexity of the issues"); *Waid v. Snyder*, No. 16-10444, 2020 U.S. Dist. LEXIS 207684, at *37-38, *42 (E.D. Mich. Nov. 6, 2020) (10 page extension for only 3 additional issues in response to class certification motion). Even with an extra 10 pages, Ford will still have to be quite concise to cover all the different deficiencies with all the different claims under all the different states' laws.

Respectfully submitted,

DYKEMA GOSSETT PLLC

By: */s/ John M. Thomas*
John M. Thomas (P31403)
Attorneys for Ford Motor Company
2723 South State Street, Suite 400
Ann Arbor, MI 48104
Telephone: (734) 214-7613
Facsimile: (734) 214-7696
jthomas@dykema.com

Dated: September 6, 2022

## CERTIFICATE OF SERVICE

John M. Thomas deposes and states that on September 6, 2022, my assistant electronically filed the foregoing *Ex Parte* Motion To Extend Page Limit For Brief In Support Of Motion To Dismiss Plaintiffs' First Amended Class Action Complaint To 35 Pages and corresponding Brief in Support with the Clerk of the Court using the ECF system, which will send notification of such filing to the attorneys of record.

*/s/ John M. Thomas*

John M. Thomas (P31403)
Attorneys for Ford Motor Company
2723 South State Street, Suite 400
Ann Arbor, MI 48104
Telephone: (734) 214-7613
Facsimile: (734) 214-7696
jthomas@dykema.com