## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

JESSICA STAHLMAN, LEWIS
HAMPTON, JEFF SWANSON, SCOTT
BARBER, ANTHONY CAITO,
MIRANDA HANLEY, WILLIAM A.
HEAD III, CLIFFORD MASON,
RICHARD REZKO, MICHAEL
MEHLING, KATHLEEN HOLM,
KELLY ERNEST, NANCY MAMMEL,
JEREMY SESSLER, RONALD SMITH,
KUYA MACHANJA, LISA KUHN,
PAUL RICH, AMBER SULLIGAN,
JORGE ROMO, JULIE HUNTLEY, and
MANUEL AMORES, individually and
on behalf of all others similarly situated,

Plaintiffs,

v.

FORD MOTOR COMPANY,

Defendant.

Case No. 2:22cv11244-SDK-DRG

Honorable Shalina D. Kumar

Magistrate David R. Grand

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

Plaintiffs and Defendant Ford Motor Company (collectively, the "Parties")
have met and conferred and, subject to the Court's approval, stipulate to a voluntary
dismissal with prejudice, pursuant to Federal Rule of Civil Procedure 41(a). Each
Party shall bear its own attorneys' fees and costs. The issuance of this Order closes
the case.

**IT IS SO ORDERED.**

Date: January 13, 2023                    s/Shalina D. Kumar
                                          Honorable Shalina D. Kumar
                                          United States District Judge

Respectfully submitted,

Dated: January 10, 2023

*/s/ John M. Thomas (w/consent)*
John M. Thomas (P31403)
Krista L. Lenart (P59601)
**DYKEMA GOSSETT PLLC**
2723 South State Street, Suite 400
Ann Arbor, MI 48104
Telephone: (734) 214-7660
Facsimile: (734) 214-7696
jthomas@dykema.com
klenart@dykema.com

*Attorneys for Defendant*

*/s/ E. Powell Miller*
E. Powell Miller (P39487)
Sharon S. Almonrode (P33938)
Dennis A. Lienhardt, Jr. (P81118)
**THE MILLER LAW FIRM, P.C.**
950 West University Drive, Suite 300
Rochester, MI 48307
Telephone: (248) 841-2200
epm@millerlawpc.com
ssa@millerlawpc.com
dal@millerlawpc.com

Steve W. Berman
Thomas E. Loeser
**HAGENS BERMAN SOBOL
SHAPIRO LLP**
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
toml@hbsslaw.com

*Attorneys for Plaintiffs*